**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC, | |
| Plaintiff, | Case No: 21-11477 |
| vs. | PATENT CASE |
| IRACING.COM MOTORSPORT SIMULATIONS, LLC | |
| Defendant | |

**ORIGINAL COMPLAINT**

Pursuant to F.R.C.P. 15(a)(1)(B), Plaintiff INTEGRATED TECHNOLOGY SOLUTIONS, LLC ("Plaintiff" or "ITS") files this Original Complaint against IRACING.COM MOTORSPORT SIMULATIONS, LLC ("Defendant" or "iRacing") for infringement of United States Patent No. 10,046,241 (hereinafter "the '241 Patent").

**PARTIES AND JURISDICTION**

1.      This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes, 35 U.S.C. §§ 271, *et seq*.

3.      Plaintiff is a Wyoming limited liability company having an address of 1712 Pioneer Ave Ste 500 Cheyenne, WY 82001.

4.      On information and belief, Defendant is a Deleware limited liability company having a principal place of business at 300 Apollo Drive Chelmsford, MA 01824 USA.  On

information and belief, Defendant may be served through its legal department at the same address

or by its registered agent, C T Corporation System, 155 Federal Street, Ste 700, Boston, MA,

02110.

5.      On information and belief, this Court has personal jurisdiction over Defendant

because Defendant has committed, and continues to commit, acts of infringement in this District,

has conducted business in this District, and/or has engaged in continuous and systematic

activities in this District.

6.      On information and belief, Defendant's instrumentalities that are alleged herein

to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7.      Venue is proper in this District 28 U.S.C. §1400(b) because Defendant is deemed

to reside in this District.  Alternatively, acts of infringement are occurring in this District and

Defendant has a regular and established place of business in this District.

## BACKGROUND

8.      Plaintiff incorporates paragraphs 1 through 7 herein by reference.

**The Patent:**

9.      Plaintiff is the owner by assignment of the '241 Patent with sole rights to enforce

the '241 Patent and sue infringers.

10.     A copy of the '241 Patent, titled "Output Production," is attached hereto as

Exhibit A.

11.     The '241 Patent is valid, enforceable, and was duly issued in full compliance with

Title 35 of the United States Code.

12.     The invention is directed to a system whereby an analysis component of the

system analyzes a data set to produce a production component which is then used to render output in a stored computer-readable medium.

13.     The invention may be manifested as an in-game modifier for racetrack videogames whereby evaluations of simulated environmental conditions change the performance of the track during game play.

**Advantage Over the Prior Art:**

14.     The patented invention disclosed in the '241 patent provides many advantages over the prior art and may be utilized to provide a gaming race simulation whereby a simulated track and interactions therewith are modified based in part upon prior player activity.

15.     Another advantage disclosed in the '241 patent is that the gaming race simulation modifies the simulated track and interactions therewith based in part upon simulated environmental factors.

16.     Yet another advantage disclosed in the '241 patent is that the gaming race simulation may utilize simulated environmental factors to effect modifications based upon prior player activity.

17.     Because of at least the above-described significant advantages that can be achieved through the use of the patented invention, Plaintiff believes that the '241 patent presents commercial value for entities such as Defendant.

**Technological Innovation:**

18.     The patented invention disclosed in the and '241 patent resolves technical problems related to computerized gaming simulations, particularly in systems providing a more realistic simulation. As the '241 patent explains, it was known in the art how one may typically play a simulation video game. ('241 patent at 1:12-19). Typically, a user would utilize a game controller to input various decisions and movement vectors into a game console which would then render the

received directions and create an output display. The user could then compete in different scenarios and simulations, often against other players.

19.     Although these prior games were useful in providing entertainment and friendly competition to the users, the services were typically limited in what actions of a player could cause changes could occur in the game.  While simulations have become more and more realistic over time, there was still a particular limit in the level of detail in which changes could be calculated and implemented with a game environment.  As such, there a continued need for a gaming system or method to allow the user to experience a more realistic simulation.

20.     The invention described in the '241 patent offers an improved method for outputting game modifications within a simulation. ('241 patent at 1:23-36). The patented invention improved upon earlier services and methods of the prior art by providing a system, at least being partially hardware, having an identification component for a game play area, a check component to determine the effect of a player action, and a modification component to alter game play area for later use during the simulation.  In particular, the patented invention describes the invention in the context of an automotive racing simulation whereby the identifying component identifies discrete sections of track, the check component determines effects players actions may have on the discrete sections of track, and the modification component changes the performance parameters of that discrete track section, usually by placing a tire remnant on the discrete track section.

21.     The invention described in the '241 patent further offers yet another improved method for outputting game modifications within a simulation. ('241 patent at 1:60 – 2:3). The still further improved embodiment of the invention also includes a temperature identifying component whereby the changes in the temperatures of each discrete track section are utilized to modify game performance based upon the temperature of each discrete track section.  Of particular note is the change in temperatures of different track sections may alter the determination component and will

cause different results in the check component and the modification component.

22.    The claims of the '241 patent do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet. Instead, the claims of the '241 patent recite one or more inventive concepts that are rooted in computerized gaming simulations and overcome problems specifically arising in the realm of these technologies.

23.    The claims of the '241 patent recite an invention that is not merely the routine or conventional use of computerized navigation technology. Instead, the invention makes it possible to interact with a gaming simulation in a way that allows a user's actions, coupled with the simulated environment to alter the simulation itself. The claims of the '241 patent thus specify how input, output, and system devices are manipulated to yield a unique gaming simulation experience based on the actions of the user.

24.    The technology claimed in the '241 patent does not preempt all ways of using gaming simulation technology, nor preempt the use of any well-known gaming simulation technology, nor preempt any other well-known or prior art technology.

25.    The claims of the '241 patent are not directed to any "method of organizing human activity," "fundamental economic practice long prevalent in our system of commerce," nor are any of the claims "a building block of the modern economy."

26.    The claims of the '241 patent are directed toward a solution rooted in computer technology and uses technology, unique to computers and networks, to overcome a problem specifically arising in the realm of gaming simulations.

27.    The claims of the '241 patent are not directed at a mere mathematical relationship or formula.

28.    The claims of the '241 patent cannot be performed by a human, in the human mind,

or by pen and paper.

29.     Accordingly, each claim of the '241 patent recites a combination of elements sufficient to ensure that the claim in practice amounts to significantly more than a patent on an ineligible concept.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 10,046,241)

30.     Plaintiff incorporates paragraphs 1 through 30 herein by reference.

31.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 15, of the '241 Patent by making, using, importing, selling, and/or offers for sale non-downloadable online simulation software for the purpose of competitive racing covered by one or more claims of the '241 Patent. Defendant has infringed and continues to infringe the '241 Patent directly and/or by inducement in violation of 35 U.S.C. § 271.

32.     Defendant sells, offers to sell, and/or uses at least one online simulation software product for the purpose of competitive racing including, without limitation, a temperature sensitive subroutine which modifies behavior of the simulation, any associated hardware and software, and any similar products (collectively, "Product"), which infringe at least Claim 15 of the '241 Patent.

33.     The Product provides a system that is at least partially hardware.  Certain aspects of this element are illustrated in the screenshot below and/or those provided in connection with other allegations herein.

> **Our Track Technology: More than Meets the Eye**
>
> Servers receive data on the race, including vehicles, driving patterns, weather, tire setups and more, which is then dynamically reapplied to the track's surface in real-time. The resulting characteristics add another layer of strategy to the racing.
>
> Dynamic weather also changes the face of every track. Even slight shifts in track temperature, humidity, overcast and other weather factors require expert decision-making on everything from your tire setup to braking approach.

Source: https://www.iracing.com/track-technology/

34.     The Product includes an identification component to identify a change in a temperature of a racing surface in a racing video game. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> The initial implementation of the dynamic track model featured the server maintaining surface temperatures all over the racetrack, and sending this information to the clients. Temperature from one spot to another would vary according to things like the albedo of the surface, the orientation of the surface with respect to the sun, the intensity of solar radiation as a function of the solar elevation angle, shadows, clouds, and finally from the influence of cars. Areas of inactivity in the shadow would be cool, areas in the sun would be warm, and anywhere cars were dumping heat from engines and tires would warm up further. This gave us a model that would actively respond to many of the real-life factors that one would encounter, and provide a range of conditions to deal with as a race engineer and/or driver.

Source: https://www.iracing.com/iracing-developer-blog-s4-updates-to-the-dynamic-track-model/

35.     The Product uses a determination component configured to determine an impact of the change in the temperature of the racing surface. Certain aspects of this element are

illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=brsWYP0JBx0

Source: https://www.iracing.com/track-technology/

36.     The Product comprises a modification component configured to make an alteration to the racing surface in accordance with the impact of the change in the temperature.

Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> The track will be divided up into small cells. Whenever your car tires generate heat, dirt, or a rubber layer on certain cells, the position and parameters will be broadcasted to the server. That way the track changes your car created will become an actual track state for all competitors in a race.
>
> The included video shows us a preview of the current state of development. During a session at the Five Flags track, the dynamic track effects are exaggerated for demonstration purposes. It becomes clear that once the dynamic track feature is implemented, it will require you to run a more intelligent race and try to predict where the grip is due to the track changes that will happen over time.
>
> Dan explains that this first attempt will set the foundation for bigger and better thing such as day to night transitions, moving sun, weather changes, wet and dry lines, and more. Iracing is truly working hard to change the face of race sessions within their online racing platform.

Source: https://www.bsimracing.com/iracing-dynamic-tracks-in-development/

> **Our Track Technology: More than Meets the Eye**
>
> Servers receive data on the race, including vehicles, driving patterns, weather, tire setups and more, which is then dynamically reapplied to the track's surface in real-time. The resulting characteristics add another layer of strategy to the racing.
>
> Dynamic weather also changes the face of every track. Even slight shifts in track temperature, humidity, overcast and other weather factors require expert decision-making on everything from your tire setup to braking approach.

Source: https://www.iracing.com/track-technology/

37.     The modification component of the Product also influences the performance if a vehicle in the racing video game.    Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=yCUeNattOzQ

The rubber on the track surface is just one component of this new model. What is equally and potentially more important is the effect of heat in the racing surface, which is now modeled in the same way as we do the rubber. 43 NASCAR Sprint Cup cars running the same line on a hot day for 100 green flag laps is going to pretty dramatically increase the surface temperature of the track. Hot rubber is slippery, and the driver who ventures to find a cooler driving line just might gain the extra advantage late in the race to steal a win. This will help us make your NASCAR race online even more realistic than it was before.

Source: https://www.iracing.com/lets-talk-about-hot-rubber/

38.     Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

39.     Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

40.     Plaintiff is in compliance with 35 U.S.C. § 287.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 10,046,241 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: September 9, 2021               Respectfully submitted,

                                       /s/ Brendan M. Shortell
                                       _____

                                       Brendan M. Shortell, Esq. (BBO# 675851)
                                       LAMBERT SHORTELL & CONNAUGHTON
                                       100 Franklin Street, Suite 903
                                       Boston, MA 02110
                                       Main Line: (617) 720-0091
                                       shortell@lambertpatentlaw.com
                                       Telephone No. 617-720-5822

                                       Geoffrey E. Dobbin *pro hac vice pending*
                                       Geoff@DobbinIPLaw.com
                                       UT Bar #9371
                                       DOBBIN IP LAW, P.C.
                                       Attorney for Defendant
                                       2250 S Redwood Road, Suite 5
                                       West Valley City, UT 84119-1355
                                       801-969-6609