AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-11477-IT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>IRACING.COM MOTORSPORT SIMULATIONS, LLC C/O CT CORPORATION SYSTEM</u> was received by me on *(date)* <u>Sep 13, 2021</u> .

☐ I personally served the summons on the individual at *(place)*. _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Ross Depina, Process Specialist, CT Corporation System</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>IRACING.COM MOTORSPORT SIMULATIONS, LLC at 155 Federal Street, Ste 700, Boston, MA 02110</u> on *(date)* <u>Tue, Sept 14 2021</u> @ 3:55 p.m.; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date:
September 14, 2021

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 14, 2021, 3:55 pm EDT at 155 FEDERAL ST STE 700, BOSTON, MA 02110 received by Ross Depina, Process Specialist . Age: 30; Ethnicity: Hispanic; Gender: Male; Weight: 195; Height: 5'10"; Hair: Black;

**Documents Served:** SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT WITH EXHIBITS

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

INTEGRATED TECHNOLOGY SOLUTIONS LLC

*Plaintiff*

v.

Civil Action No.:  1:21-CV-11477-IT

IRACING.COM MOTORSPORT SIMULATIONS, LLC

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    IRACING.COM MOTORSPORT SIMULATIONS, LLC
    c/o:  C T CORPORATION SYSTEM
    155 FEDERAL ST., SUITE 700
    BOSTON, MA  02110

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Brendan M. Shortell
    Lambert Shortell & Connaughton
    100 Franklin Street, Suite 903
    Boston, MA 02110
    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Danielle Kelly**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2021-09-09 15:36:22, Clerk USDC DMA