UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>　　　　Defendant | Civ. A. No. 1:21-cv-11477-IT |

**DEFENDANT'S ASSENTED-TO MOTION FOR
<u>AN EXTENSION OF TIME TO ANSWER OR RESPOND</u>**

　　The defendant, iRacing.com Motorsport Simulations, LLC, moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to December 6, 2021 to answer or otherwise respond to the Complaint. In support of this motion, the defendant states that counsel requires time to investigate the allegations of the Complaint. Counsel for the plaintiff has assented to this motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　IRACING.COM MOTORSPORT
　　　　　　　　　　　　　　　　　　SIMULATIONS, LLC

　　　　　　　　　　　　　　　　　　By its attorneys:

　　　　　　　　　　　　　　　　　　*/s/ Theodore J. Folkman*

　　　　　　　　　　　　　　　　　　Theodore J. Folkman (BBO No. 647642)
　　　　　　　　　　　　　　　　　　FOLKMAN LLC
　　　　　　　　　　　　　　　　　　53 State St., Suite 500
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　(617) 219-9664
　　　　　　　　　　　　　　　　　　ted@folkman.law

                                              Andrew D. Gish (pro hac vice pending)
                                                andrew@gishpllc.com
                                              Marti A. Johnson (pro hac vice pending)
                                                marti@gishpllc.com
                                              Raymond Bilderbeck (pro hac vice pending)
                                                ray@gishpllc.com
                                              GISH PLLC
                                              41 Madison Ave., 31st Floor
                                              New York, NY 10010
                                              (212) 518-7380

Dated:  September 29, 2021

<u>LOCAL RULE 7.1 CERTIFICATE</u>

I certify that on September 29, 2021, I conferred by email with counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*