UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>       Defendant | Civ. A. No. 1:21-cv-11477-IT |

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, the defendant, iRacing.com Motorsport Simulations, LLC., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

          Respectfully submitted,

          IRACING.COM MOTORSPORT
          SIMULATIONS, LLC

          By its attorneys:

          */s/ Theodore J. Folkman*

          Theodore J. Folkman (BBO No. 647642)
          FOLKMAN LLC
          53 State St., Suite 500
          Boston, MA 02109
          (617) 219-9664
          ted@folkman.law

Andrew D. Gish (pro hac vice pending)
  andrew@gishpllc.com
Marti A. Johnson (pro hac vice pending)
  marti@gishpllc.com
Raymond Bilderbeck (pro hac vice pending)
  ray@gishpllc.com
GISH PLLC
41 Madison Ave., 31st Floor
New York, NY 10010
(212) 518-7380

Dated: September 29, 2021