UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>      Defendant | Civ. A. No. 1:21-cv-11477-IT |

**ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION OF
<u>ANDREW D. GISH, MARTI A. JOHNSON, AND RAYMOND BILDERBECK</u>**

Undersigned counsel of record for iRacing.com Motorsport Simulations, LLC moves, pursuant to L.R. 83.5.3, for the admission, pro hac vice, of:

    Andrew D. Gish
      andrew@gishpllc.com
    Marti A. Johnson
      marti@gishpllc.com
    Raymond Bilderbeck
      ray@gishpllc.com
    GISH PLLC
    41 Madison Ave., 31st Floor
    New York, NY 10010
    (212) 518-7380

The certifications required by L.R. 83.5.3 are attached as Exhibits 1 to 3. Counsel for the plaintiff has assented to this motion.

                                  Respectfully submitted,

                                  */s/ Theodore J. Folkman*

                                  Theodore J. Folkman (BBO No. 647642)
                                  FOLKMAN LLC
                                  53 State St., Suite 500
                                  Boston, MA 02109
                                  (617) 219-9664
                                  ted@folkman.law

Dated: September 29, 2021

## LOCAL RULE 7.1 CERTIFICATE

I certify that on September 29, 2021, I conferred by email with counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*