UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>　　　　Defendant | Civ. A. No. 1:21-cv-11477-IT |

### **CERTIFICATION OF ANDREW D. GISH**

I, Andrew D. Gish, certify as follows:

1.　　I am a member of the law firm of Gish PLLC and counsel for the defendant, iRacing.com Motorsport Simulations, LLC, in the above-captioned action.

2.　　I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the following:

> New York
> United States Patent and Trademark Office
> US District Court for the Southern District of New York
> US District Court for the Eastern District of New York
> US District Court for the Eastern District of Texas
> US District Court for the Northern District of Illinois
> US Court of Appeals for the Federal Circuit
> US Supreme Court

3.　　I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.　　I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2021.

*/s/ Andrew D. Gish*

Andrew D. Gish