UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INTEGRATED TECHNOLOGY
SOLUTIONS LLC,
   Plaintiff,

  v.                                                     Civil Action No.: 1:21-cv-11477-IT

iRACING.COM MOTORSPORT
SIMULATIONS, LLC,
   Defendant.

NOTICE OF TELEPHONIC SCHEDULING CONFERENCE
IN A PATENT CASE
October 22, 2021

In accordance with Fed. R. Civ. P. 16(b) and Local Rules 16.1 (as modified by this order), **an initial scheduling conference will be held on December 17, 2021, at 2:45 p.m.  Because of the Coronavirus public health emergency, the scheduling conference will be held by video or may be cancelled if the court determines a Scheduling Conference is not necessary.**

The court considers attendance of lawyers ultimately responsible for the case to be of the utmost importance.  Counsel for the plaintiff(s) is responsible for ensuring that all parties and/or their attorneys who have not filed an answer or appearance with the court are notified of the date of the scheduling conference.

The court expects compliance with sections (b), (c), and (d) of L.R. 16.1 and L.R. 16.6 (for patent cases) as modified below:

1. **Scheduling Order**: In most cases, the court will issue a scheduling order at the conference in the form attached hereto. The court may depart from the form in cases of relative complexity or simplicity or otherwise if justice so requires. The parties should attempt to agree on the relevant dates for discovery and motion practice. In a case of ordinary complexity, the parties should propose a schedule that calls for the completion of fact discovery, expert discovery, and motion practice less than one calendar year from the date of the scheduling conference. The dates of the status conference and pretrial conference will be set by the court.

2. **Settlement Proposals:** Each defendant shall present to the plaintiff(s) a written response to the plaintiff(s)' settlement proposal(s) no later than seven days prior to the scheduling conference.

3. **Initial Disclosures:** In addition to the information required by Fed.R.Civ.P. 26(a)(1) and L.R. 26.2, initial disclosures shall include:

    a.  Sworn statements disclosing the information set forth in L.R. 26.1(B)(1)(b)-(d) and (2)(a)-(c);

    b.  A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party with substantial relevance to disputed facts alleged with particularity in the pleadings.

4. **Joint Statement:** The parties' joint statement shall contain the information set forth at L.R. 16.1(d). In addition, the joint statement shall list all pending motions and shall also identify any matters that need to be discussed at the scheduling conference. If no matters are so identified, the court is likely to issue a Scheduling Order based on the parties' Joint Statement and cancel the scheduling conference.

5. **Reassignment to a Magistrate Judge:** The parties' joint statement shall indicate whether all parties consent to reassignment of the case to a magistrate judge for all purposes. If all parties consent, the parties should also jointly file a completed

"Consent/Refusal of Magistrate Judge Jurisdiction" form available at http://www.mad.uscourts.gov/resources/forms-local.htm.

6. Proposed Orders: Any proposed orders, such as Proposed Protective Orders, shall be docketed separately as an exhibit to a Motion for Proposed Order.

**Indira Talwani**
**United States District Judge**

**By: /s/Gail A. MacDonald Marchione**
**Courtroom Deputy Clerk**

**Date:**        **October 22, 2021**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. _____ |
| _____ | * | |
| | * | |
| Defendant. | * | |

SCHEDULING ORDER

TALWANI, D.J.

This Scheduling Order is intended to provide a reasonable timetable for discovery and claim construction in order to help ensure a fair and just resolution of this matter without undue expense or delay. All obligations set forth in Local Rule 16.6 shall apply, with specific deadlines as set forth below.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rules 16.1(f) and 16.6, it is hereby ORDERED that:

**Preliminary Disclosures**

    **A.**    **Initial Disclosures.** Initial disclosures required by Federal Rules of Civil Procedure 26(a) and Local Rule 26.2(a) shall be served by _____.

    **B.**    **Automatic Patent-Related Disclosures**.

        1.    **Patentee's Preliminary Patent-Related Disclosures.** Disclosures required under Local Rule 16.6(d)(1) shall be served by _____.

        2.    **Conference Concerning Preliminary Patent Disclosures.** The conference required by Local Rule 16.6(d)(2) shall occur no later than _____.

        3.    **Accused Infringer's Preliminary Production of Technical Documents, Source Code, and Samples of Accused Products.** Disclosures required under Local Rule 16.6(d)(4) shall be served by _____.

II.    **Claim-Construction Proceedings.**

    A.    **Joint Statement.**

        1.    The list of claim terms to be construed and their proposed constructions required

        under Local Rule 16.6(e)(1)(A) shall be exchanged by _____.

2. The conference required under Local Rule 16.6(e)(1)(B) shall occur no later than _____.[1]

3. The joint statement required under Local Rule 16.6(e)(1)(D) shall be filed no later than _____. No more than 10 claim terms shall be submitted for construction unless leave to do so is granted pursuant to Local Rule 16.6(e)(1)(C). The joint statement shall prioritize the disputed terms in order of importance. In addition, the joint statement shall note the anticipated length of time necessary for the claim-construction hearing and whether any party proposes to call witnesses, including a statement that such extrinsic evidence does not conflict with intrinsic evidence. The joint statement shall also include a proposed order in which parties will present their arguments at the claim-construction hearing, which may be term-by-term or party-by-party, depending on the issues in the case.

B. **Opening Claim-Construction Briefs.** Not later than _____, the parties shall simultaneously exchange and file opening claim-construction briefs required under Local Rule 16.6(e)(2).

C. **Responsive Briefs**. Not later than _____, the parties shall simultaneously exchange and file responsive briefs required under Local Rule 16.6(e)(4).

D. **Markman Hearing.** The claim-construction hearing will be held on _____.

E. **Post-Claim-Construction Status Conference.** Within fourteen days after the court's claim-construction ruling, the parties shall file a joint statement addressing the issues listed in Local Rule 16.6(c)(3) and stating whether a status conference would be beneficial.

III. **Other Scheduling Provisions.**

  A. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after _____.

  B. **Fact Discovery.**

1. All requests for production of documents and interrogatories must be served by _____.

2. All requests for admission must be served by _____.

3. All depositions, other than expert depositions, must be completed by _____.

---

[1] If the parties are unable to agree upon the terms to be construed, the parties shall include those terms they agree upon and may include additional terms pursuant to the following equation: additional terms $\leq 0.5 (10 - \text{number of agreed-upon terms})$.

      4. All discovery, other than expert discovery, must be completed by _____.

  C. **Obligation to Supplement.** Supplemental disclosures under Rule 26(e) shall be made promptly after the receipt of information by the party or counsel and, in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.

  D. **Close of Fact Discovery Status Conference.** A status conference will be held on \_\_\_\_ at \_\_\_ a.m./p.m.

  E. **Expert Discovery.**

      1. Opening expert reports regarding issues as to which a party bears the burden shall be filed no later than _____.
      2. Rebuttal expert reports shall be filed no later _____.
      3. All expert discovery, including expert depositions, must be completed by _____. The parties shall meet and confer regarding the timing of the depositions.

  F. **Dispositive Motions.** Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by _____.

Procedural Provisions

**Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

**Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

**Status Conferences.** Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

**Early Resolution of Issues.** The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

**Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

**Discovery Disputes.** In the event counsel encounter a discovery dispute, they are encouraged to request a hearing or telephone conference with the court before filing a discovery motion.

Date:                                        /s/ EXAMPLE  
                                                    EXAMPLE