UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC,<br><br>            Defendant | Civ. A. No. 1:21-cv-11477-IT |

**DEFENDANT'S ASSENTED-TO MOTION TO FILE A 25-PAGE MEMORANDUM**

Pursuant to L.R. 7.1(b)(4), the defendant, iRacing.com Motorsport Simulations, LLC, moves for leave to file a memorandum not exceeding 25 pages in support of its forthcoming motion to dismiss. The motion to dismiss will assert that the '241 Patent at issue in this case is invalid because it claims only abstract subject matter in violation of 35 U.S.C. § 101. The defendant requires 5 additional pages in order to brief the issue fully. Counsel for the plaintiff has assented to this motion.

Respectfully submitted,

IRACING.COM MOTORSPORT SIMULATIONS, LLC

By its attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
  andrew@gishpllc.com
  (212) 518-7380
Marti A. Johnson (*pro hac vice)*
  marti@gishpllc.com
  (646) 701-4458
Raymond J. Bilderbeck (*pro hac vice*)
  ray@gishpllc.com
  (646) 415-1092
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010

Dated: November 29, 2021

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1, I certify that on November 29, 2021, I conferred via email with counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*