UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>      Plaintiff,<br><br>  vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>      Defendant | Civ. A. No. 1:21-cv-11477-IT<br><br>ORAL ARGUMENT REQUESTED<br><br>Leave to file granted on November 30, 2021 |

## DEFENDANT IRACING.COM'S
## <u>MOTION TO DISMISS</u>

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant iRacing.com Motorsport Simulations, LLC. ("iRacing") moves this Court to dismiss Plaintiff Integrated Technology Solutions' Complaint because all claims of asserted U.S. Patent No. 10,046,241 are invalid for claiming unpatentable subject matter in violation of 35 U.S.C. § 101. The grounds for this motion are further detailed in iRacing's accompanying Memorandum in Support of Its Motion to Dismiss.

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(d), iRacing respectfully requests oral argument on its motion.

Respectfully submitted,

iRacing.com Motorsport Simulations, LLC,

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
  andrew@gishpllc.com
  (212) 518-7380
Marti A. Johnson (*pro hac vice*)
  marti@gishpllc.com
  (646) 701-4458
Raymond J. Bilderbeck (*pro hac vice*)
  ray@gishpllc.com
  (646) 415-1092
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010

Dated: December 3, 2021

<u>LOCAL RULE 7.1 CERTIFICATION</u>

I certify that counsel for the plaintiff and counsel for the defendants conferred in a good faith attempt to narrow or resolve the issue presented in this motion.

<u>*/s/ Theodore J. Folkman*           </u>
Theodore J. Folkman