UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>       Defendant | Civ. A. No. 1:21-cv-11477-IT |

**DEFENDANT IRACING'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), Defendant iRacing.com Motorsport Simulations, LLC ("iRacing") certifies that the undersigned representative of iRacing and the undersigned counsel for iRacing have conferred regarding litigation costs and available alternative dispute resolution programs.

*/s/ Anthony Gardner*
Anthony Gardner
President and CFO
iRacing.com Motorsport Simulations, LLC

*/s/ Andrew D. Gish*
Andrew D. Gish
Gish PLLC

1

Respectfully submitted,

iRacing.com Motorsport Simulations, LLC,

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
  andrew@gishpllc.com
  (212) 518-7380
Marti A. Johnson (*pro hac vice)*
  marti@gishpllc.com
  (646) 701-4458
Raymond J. Bilderbeck (*pro hac vice*)
  ray@gishpllc.com
  (646) 415-1092
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010

Dated: December 10, 2021