EXHIBIT A

United States Patent No. 10,046,241

OUTPUT PRODUCTION

US010046241B1

(12) **United States Patent**
Krosky et al.

(10) Patent No.: **US 10,046,241 B1**
(45) **Date of Patent:** **Aug. 14, 2018**

(54) **OUTPUT PRODUCTION**

(76) Inventors: **Ronald Charles Krosky**, Baltimore, MD (US); **Brendan Edward Clark**, Rocky River, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 687 days.

(21) Appl. No.: **13/194,946**

(22) Filed: **Jul. 30, 2011**

**Related U.S. Application Data**

(60) Provisional application No. 61/409,027, filed on Nov. 1, 2010.

(51) **Int. Cl.**
*A63F 13/803* (2014.01)

(52) **U.S. Cl.**
CPC .... *A63F 13/803* (2014.09); *A63F 2300/8017* (2013.01)

(58) **Field of Classification Search**
CPC .... A63F 13/216; A63F 13/422; A63F 13/426; A63F 13/57; A63F 13/573; A63F 13/577; A63F 13/803; A63F 2300/8017; A63F 13/55; A63F 13/56; A63F 2300/64; A63F 2300/6692
USPC .......................... 463/6, 30–32, 43, 42, 58–69
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,148,485 A | * | 4/1979 | Rains | A63F 13/005 463/31 |
| 4,500,868 A | * | 2/1985 | Tokitsu | B60K 35/00 180/282 |
| 5,269,687 A | * | 12/1993 | Mott | A63F 13/10 273/454 |
| 5,286,099 A | * | 2/1994 | Fujita | B60T 7/22 180/271 |
| 5,366,376 A | * | 11/1994 | Copperman | A63F 13/005 273/148 B |
| 5,368,484 A | * | 11/1994 | Copperman | A63F 13/005 273/148 B |
| 5,445,024 A | * | 8/1995 | Riley, Jr. | G01P 1/127 346/7 |
| 5,607,308 A | * | 3/1997 | Copperman | A63F 13/005 273/148 B |
| 5,707,237 A | * | 1/1998 | Takemoto | A63F 13/08 348/121 |
| 5,921,780 A | * | 7/1999 | Myers | G09B 9/05 434/29 |
| 6,053,815 A | * | 4/2000 | Hara | A63F 13/08 434/66 |
| 6,146,143 A | * | 11/2000 | Huston | G09B 9/05 345/620 |
| 6,174,186 B1 | * | 1/2001 | Hashiguchi | G06K 7/0013 439/260 |
| 6,200,138 B1 | * | 3/2001 | Ando | A63F 13/10 273/148 B |

(Continued)

OTHER PUBLICATIONS

Shaun McInnis; Gran Turismo 5 Update—Dynamic Weather, Rally Courses, and Playing on Your Computer—PlayStation 3 Previews at GameSpot; Sep. 16, 2010; 5 pages; Gamespot.

*Primary Examiner* — Omkar Deodhar
*Assistant Examiner* — Matthew D. Hoel

(57) **ABSTRACT**

Systems, methods, and other embodiments associated with output production are described. One example system comprises an analysis component configured to analyze a data set to produce an evaluation result. The system also comprises a production component configured to produce a rendered output based, at least in part, on the evaluation result, where the rendered output is stored in a computer-readable medium.

**20 Claims, 22 Drawing Sheets**



**US 10,046,241 B1**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,417,854 | B1 * | 7/2002 | Isowaki | A63F 13/10 |
| | | | | 345/473 |
| 6,422,939 | B1 * | 7/2002 | Koyama | A63F 13/10 |
| | | | | 463/6 |
| 6,652,376 | B1 * | 11/2003 | Yoshida | A63F 13/10 |
| | | | | 463/6 |
| 7,454,714 | B2 * | 11/2008 | Totman | G06F 3/0482 |
| | | | | 715/810 |
| 7,674,167 | B2 * | 3/2010 | Ohta | A63F 13/10 |
| | | | | 463/59 |
| 7,736,220 | B2 * | 6/2010 | Mori | A63F 13/10 |
| | | | | 463/23 |
| 7,744,451 | B2 * | 6/2010 | Tipping | A63F 13/10 |
| | | | | 434/62 |
| 7,749,057 | B2 * | 7/2010 | Tipping | A63F 13/10 |
| | | | | 434/62 |
| 7,785,178 | B2 * | 8/2010 | Tipping | A63F 13/10 |
| | | | | 463/6 |
| 7,837,544 | B2 * | 11/2010 | Tipping | A63F 13/10 |
| | | | | 434/62 |
| 7,953,521 | B2 * | 5/2011 | Tipping | G05B 13/0265 |
| | | | | 273/442 |
| 8,012,005 | B2 * | 9/2011 | Ohta | A63F 13/10 |
| | | | | 463/6 |
| 8,133,115 | B2 * | 3/2012 | Campbell | A63F 13/10 |
| | | | | 463/31 |
| 8,167,693 | B2 * | 5/2012 | Fujii | A63F 13/10 |
| | | | | 340/953 |
| 8,224,031 | B2 * | 7/2012 | Saito | G06K 9/6205 |
| | | | | 348/187 |
| 8,371,915 | B2 * | 2/2013 | Tipping | A63F 13/10 |
| | | | | 463/31 |
| 8,425,293 | B2 * | 4/2013 | Tipping | A63F 13/10 |
| | | | | 434/62 |
| 8,694,236 | B2 * | 4/2014 | Takagi | G01S 17/936 |
| | | | | 701/300 |
| 9,174,652 | B2 * | 11/2015 | Chang | B60W 50/14 |
| 9,643,086 | B2 * | 5/2017 | Tipping | A63F 13/5375 |
| 2002/0072418 | A1 * | 6/2002 | Masuyama et al. | 463/43 |
| 2003/0130031 | A1 * | 7/2003 | Yoshida | A63F 13/10 |
| | | | | 463/23 |
| 2003/0153374 | A1 * | 8/2003 | Gilmore | G07F 17/32 |
| | | | | 463/6 |
| 2004/0103004 | A1 * | 5/2004 | Wahlbin | G06Q 10/10 |
| | | | | 705/4 |
| 2004/0103006 | A1 * | 5/2004 | Wahlbin | G06Q 40/04 |
| | | | | 705/4 |
| 2008/0227548 | A1 * | 9/2008 | Choudhry et al. | 463/42 |
| 2008/0291216 | A1 * | 11/2008 | Cheng et al. | 345/619 |
| 2008/0291220 | A1 * | 11/2008 | Cheng et al. | 345/632 |
| 2008/0293464 | A1 * | 11/2008 | Cheng et al. | 463/3 |
| 2008/0293488 | A1 * | 11/2008 | Cheng et al. | 463/31 |
| 2011/0131172 | A1 * | 6/2011 | Herzog et al. | 706/58 |
| 2012/0306923 | A1 * | 12/2012 | Boschker et al. | 345/634 |

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**

Case 1:21-cv-11477-IT   Document 20-1   Filed 12/27/21   Page 9 of 41



**FIG. 6**

Case 1:21-cv-11477-IT   Document 20-1   Filed 12/27/21   Page 10 of 41



**FIG. 7**



**FIG. 8**



FIG. 9

Case 1:21-cv-11477-IT   Document 20-1   Filed 12/27/21   Page 13 of 41



**FIG. 10**

Case 1:21-cv-11477-IT   Document 20-1   Filed 12/27/21   Page 14 of 41



FIG. 11



**FIG. 12**



**FIG. 13**



**FIG. 14**



FIG. 15



**FIG. 16**



1700

1705 — PROCESSING MAPS

1710 — DETERMINING DIFFERENCE BETWEEN MAPS

1715 — DETERMINING RESOLUTION FOR DIFFERENCE

1720 — CAUSING RESOLUTION TO IMPLEMENT

**FIG. 17**



**FIG. 18**

**FIG. 19**

2000

| NATION | UNITED STATES |
|--------|---------------|
| STATE | OHIO |
| CITY | CLEVELAND |
| NEIGHBORHOOD | NOT SELECTED |
| TIME | EVENING |
| TRAFFIC | REAL-TIME |
| WEATHER | HURRICANE |

**FIG. 20**

Case 1:21-cv-11477-IT   Document 20-1   Filed 12/27/21   Page 24 of 41



2100

2105          2110

TRANSMITTER ←→ RECEIVER

FIG. 21



**FIG. 22**

US 10,046,241 B1

**1**

## OUTPUT PRODUCTION

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. provisional application Ser. No. 61/409,027 filed on Nov. 1, 2010, which is hereby wholly incorporated by reference.

### BACKGROUND

A user can play a video game on the video game console, where the console outputs content onto a display. For example, the video game can be a management game played on a personal computer. The management game can enable a player to take control of an entity, such as a company. The player can lead the company through different scenarios, manage the company in an open world, compete against other players, etc.

### SUMMARY

In one embodiment, a system, that is at least partially hardware, comprises an identification component, a check component, a determination component, and a modification component. The identification component can be configured to identify a racing area for a vehicle set with a tire set in a racing video game. The check component can be configured to determine an action set of the vehicle set that causes a remnant of the tire set to be laid upon the racing area. The determination component can be configured to determine where to place the remnant of the tire set on the racing area based, at least in part on the action set of the vehicle set. The modification component can be configured to make an alteration to the racing area such that the remnant impacts performance of the vehicle set.

In another embodiment, a system, that is at least partially hardware, comprises an identification component configured to identify a racing surface of a racing circuit in a racing video game during a racing video game session. In this embodiment, the system comprises a determination component configured to determine a first temperature for a first portion of the racing surface and a second temperature for a second portion of the racing surface. In this embodiment, the system also comprises a modification component configured to cause the first portion of the racing surface to implement with the first temperature and the second portion of the racing surface to implement with the second temperature. The first temperature and the second temperature can be different temperatures. The first portion of the racing surface and the second portion of the racing surface can be such that they do not overlap one another. The first portion of the racing surface being at the first temperature can causes a vehicle of the racing video game to have a first response to an action. The second portion of the racing surface being at the second temperature can cause the vehicle of the racing video game to have a second response to the action. Due to the difference in temperature, the first response and the second response can be not identical.

In yet another embodiment, a system, that is at least partially hardware, comprises an identification component configured to identify a change in a temperate of a racing surface in a racing video game. In this embodiment, the system comprises a determination component configured to determine an impact of the change in the temperature of the racing surface. Also in this embodiment, the system comprises a modification component configured to make an

**2**

alteration to the racing surface in accordance with the impact of the change in the temperature. The alteration can influence performance of a vehicle in the racing video game.

### BRIEF DESCRIPTION OF THE FIGURES

The accompanying drawings, which are incorporated in and constitute a part of the detailed description, illustrate various example systems, methods, and other example embodiments of various innovative aspects. These drawings include:

FIG. **1** illustrates one embodiment of a system that includes an analysis component and a production component;

FIG. **2** illustrates one embodiment of a system that includes a search component along with the analysis component and the production component;

FIG. **3** illustrates one embodiment of a system that includes an interaction component, evaluation component, and gather component, along with the analysis component and production component;

FIG. **4** illustrates one embodiment of a map area;

FIG. **5** illustrates one embodiment of a system that includes an alteration component along with the analysis component and the production component;

FIG. **6** illustrates one embodiment of a system that includes a collection component and a render component;

FIG. **7** illustrates one embodiment of a system that includes an identification component and an approximation component along with the collection component and the render component;

FIG. **8** illustrates one embodiment of a system that includes a monitor component, an appraisal component, and a decision component in addition to the collection component and the render component;

FIG. **9** illustrates one embodiment of a system that includes an assessment component, determination component, filter component, and output component;

FIG. **10** illustrates one embodiment of a system that includes an obtainment component, a gather component, a generation component, and a transfer component;

FIG. **11** illustrates one embodiment of a system that includes a examination component, an identification component, a separation component, and a generation component;

FIG. **12** illustrates one embodiment of a system that includes the examination component, the identification component, an approximation component, and a composition component;

FIG. **13** illustrates one embodiment of a system that includes the examination component, the identification component, the composition component, and a database component;

FIG. **14** illustrates one embodiment of a network;

FIG. **15** illustrates one embodiment of a method that includes retaining a video game content at a first location and causing the video game content to be available to a second location;

FIG. **16** illustrates one embodiment of a method that includes retaining a video game content at a first location and causing the video game content to be available to a second location;

FIG. **17** illustrates one embodiment of a method that resolves a difference between maps;

FIG. **18** illustrates one embodiment of a method that causes a map to be made;

FIG. **19** illustrates one embodiment of a town grouping;

**3**

FIG. **20** illustrates one embodiment of an interface;

FIG. **21** illustrates one embodiment of a system that may be used in practicing at least one aspect disclosed herein; and

FIG. **22** illustrates one embodiment of a system, upon which at least one aspect disclosed herein can be practiced.

It will be appreciated that illustrated element boundaries (e.g., boxes, groups of boxes, or other shapes) in the figures represent one example of the boundaries. One of ordinary skill in the art will appreciate that in some examples one element may be designed as multiple elements or that multiple elements may be designed as one element. In some examples, an element shown as an internal component of another element may be implemented as an external component and vice versa. Furthermore, elements may not be drawn to scale. These elements and other variations are considered to be embraced by the general theme of the figures, and it is understood that the drawings are intended to convey the spirit of certain features related to this application, and are by no means regarded as exhaustive or fully inclusive in their representations. Additionally, it is to be appreciated that the designation 'FIG.' represents 'Figure'. In one example, 'FIG. **1**' and 'FIG. **1**' are referring to the same drawing.

The terms 'may' and 'can' are used to indicate a permitted feature, or alternative embodiments, depending on the context of the description of the feature or embodiments. In one example, a sentence states 'A can be AA' or 'A may be AA'. Thus, in the former case, in one embodiment A is AA, and in another embodiment A is not AA. In the latter case, A may be selected to be AA, or A may be selected not to be AA. However, this is an example of A, and A should not be construed as only being AA. In either case, however, the alternative or permitted embodiments in the written description are not to be construed as injecting ambiguity into the appended claims. Where claim 'x' recites A is AA, for instance, then A is not to be construed as being other than AA for purposes of claim x. This is construction is so despite any permitted or alternative features and embodiments described in the written description.

DETAILED DESCRIPTION

Described herein are example systems, methods, and other embodiments associated with output production, such as (for example, not limited to) producing a map for a video game. One example type of video game is a racing video game. While examples to the racing video game are described herein to describe aspects, it is to be appreciated other type of video games can be employed according to those aspects, as well as other types of non-video game applications.

With this racing video game, a disk can be sold in a store that includes not only the application of the game (e.g., code used by a console to enable a user to play the game), but also game content. Example game content can include different cars and different tracks that the player can race the cars upon. Due to limited disk space, a limited number of tracks can be available on the disk. To obtain more tracks, players can spend additional funds for additional downloadable content that include other tracks. However, even with available downloadable tracks and tracks sold with the disk, a relatively limited number of tracks can be made available to the user. This relatively limited number of tracks can stem from a bottleneck in application development. Developer time, storage space and other finite resources may impose constraints on the possible maps that can be delivered to an end user. Despite this, an ever-increasing amount of data

**4**

pertaining to the physical world—and portions thereof that would provide information capable of representing map areas desired by gamers or other parties interested in computerized modeling and representation of areas in space and time—may be readily available from the Internet and private (or semi-private) electronic storage (e.g. Internet mapping services to include pictorial imagery, street views, directions, and others), topographical maps such as those available from agencies (e.g., government, private, etc.), satellite imagery, public photograph galleries, private photograph galleries, military resources, weather services, space exploration agencies, user content provided websites (e.g., streaming video websites), traffic monitoring services, census bureaus and statistical data sources, international government equivalents, private and nonprofit entity resources, and soforth).

To alleviate this problem, a system can be used to create tracks for the user. These tracks can be created based upon a user request (e.g., automatically created). For example, a user can desire to race at a track not included in the game. The user can submit a request to his or her game console and in response to the request, information pertaining to the request can be gathered and a track can be generated (e.g., at the console, at a remote location, etc.). Where information pertaining to the request is incomplete, gaps can be filled with generic or location-based information to provide a track that transitions smoothly throughout play by the user. Information pertaining to the request, and in particular visual information (e.g., pictures from personal collections or online albums, mapping services including street views and pictures, etc.), can be utilized either directly, with or without adjustment (e.g., lighting and shadow adjustment, resolution normalization, color scheme correction, etc.), or completely regenerated and represented in a common application format. The user can use the track and the track can be made available to other players. As used herein, a remote location can refer to, but is not limited to, a first system. The first system and a second system can be two distinct systems that are not directly connected to one another and separated by physical distance that interact via at network or data link such as, for example, the Internet, a local area network, infrared ports, and soforth, in a wired or wireless fashion.

The following paragraphs include definitions of selected terms discussed at least in the detailed description. The definitions may include examples used to explain features of terms and are not intended to be limiting. In addition, where a singular term is disclosed, it is to be appreciated that plural terms are also covered by the definitions. Conversely, where a plural term is disclosed, it is to be appreciated that a singular term is also covered by the definition. In addition, a set can include one or more member(s).

References to "one embodiment", "an embodiment", "one example", "an example", and so on, indicate that the embodiment(s) or example(s) so described may include a particular feature. The embodiment(s) or example(s) are shown to highlight one feature and no inference should be drawn that every embodiment necessarily includes that feature. Multiple usages of the phrase "in one embodiment" and others do not necessarily refer to the same embodiment; however this term may refer to the same embodiment. It is to be appreciated that multiple examples and/or embodiments may be combined together to form another embodiment.

"Computer-readable medium", as used herein, refers to a medium that stores signals, instructions, and/or data. A computer may access a computer-readable medium and read information stored on the computer-readable medium. In

US 10,046,241 B1

**5**

one embodiment, the computer-readable medium stores instruction and the computer can perform those instructions as a method. The computer-readable medium may take forms, including, but not limited to, non-volatile media (e.g., optical disks, magnetic disks, and so on), and volatile media (e.g., semiconductor memories, dynamic memory, and so on). Example forms of a computer-readable medium may include, but are not limited to, a floppy disk, a flexible disk, a hard disk, a magnetic tape, other magnetic medium, an application specific integrated circuit (ASIC), a programmable logic device, a compact disk (CD), other optical medium, a random access memory (RAM), a read only memory (ROM), a memory chip or card, a memory stick, and other media from which a computer, a processor or other electronic device can read.

"Component", "logic", "module", "interface" and the like as used herein, includes but is not limited to hardware, firmware, software stored or in execution on a machine, a routine, a data structure, and/or at least one combination of these (e.g., hardware and software stored). Component, logic, module, and interface may be used interchangeably. A component may be used to perform a function(s) or an action(s), and/or to cause a function or action from another component, method, and/or system. A component may include a software controlled microprocessor, a discrete logic (e.g., ASIC), an analog circuit, a digital circuit, a programmed logic device, a memory device containing instructions, a process running on a processor, a processor, an object, an executable, a thread of execution, a program, a computer and so on. A component may include one or more gates, combinations of gates, or other circuit components. Where multiple components are described, it may be possible to incorporate the multiple components into one physical component. Similarly, where a single component is described, it may be possible to distribute that single component between multiple physical components. In one embodiment, the multiple physical components are distributed among a network. By way of illustration, both/either a controller and/or an application running on a controller can be one or more components.

"Maps", "tracks", "open world environments" or other similar terms are used herein to include areas in space and time either developed for the purpose of use with a game or application, or produced by at least one system or other embodiment described herein for use with one or more games or applications. These terms can apply to one or more of: two dimensional representations (e.g., roads, trails, flat scenery/horizon/aerial views), three dimensional representations (e.g., depth including depth through varying media such as gases, fluids and solids, to embrace structures [e.g., city blocks, skyscrapers, walls and fences, curbs], terrain features [e.g., fingers and draws on a mountain or around otherwise flat terrain, fordable rivers, non-fordable lakes], vegetation [e.g., large trees that are impassible, small trees or shrubs that can be driven over], surfaces [e.g., paved, dirt, sand, grass]), and four dimensional representations (e.g., a particular place at a particular time, or through a progression of time, including times that may not be the present time). "Maps", "tracks", "open world environments" and other such can include terrain features (significant or minor), various directions of observation in different conditions, weather (e.g., within a given time period [e.g., winter in Alaska], at a stated time [e.g., on Apr. 28, 1983], or during the current time [e.g., from available local sensors or from an online weather resource]) to include illumination data. "Maps", "tracks", and "open world environments" or other similar can further include, exclude or alter the impact of

**6**

natural events (e.g., hurricane, volcano, flood). "Maps", "tracks", and "open world environments" or other similar can also include human-impact or behavioral features, such as foot or vehicle traffic, traffic signals and control features, the ability to speed up or reverse human activity (e.g., deforestation or drainage, infrastructure development such as paving). A "map", "track", or "open world environment" can provide a user with the ability to "step into" a particular location and explore it as if they were present, and can then be altered according to the user's particular preferences relating to space, time and other variables impacting the map. As with other portions of this application, this description is meant only to provide a brief, non-limiting word picture that provides some features relating to the essence of the invention described herein.

FIG. **1** illustrates one embodiment of a system **100** that includes an analysis component **105** and a production component **110**. The analysis component **105** can be configured to analyze a map data set **115** to produce an evaluation result. The production component **110** can be configured to produce a rendered map **120** based, at least in part, on the evaluation result, where the rendered map is stored in a computer-readable medium (e.g., made available for use from the computer readable medium).

In one embodiment, the production component **110** can produce the rendered map **120** configured for use in a video game. In one embodiment, the rendered map **120** is a file that can be used by a video game console or other electronic device to produce a playable map in a video game. In an embodiment, the playable map was not included in the game's original content or developed for mass-use by a particular entity, but generated on-demand based on an individual end user's desire to participate in a previously un-modeled environment in the game setting. In one embodiment, the rendered map **120** is content produced on a display screen.

In one embodiment, a player can play a racing video game that enables the player to drive a video game race car (e.g., 2008 Ford Mustang GT) upon a video game race track (e.g., Indianapolis Motor Speedway). This video game race track may be based off a real race track and included on a disk of the video game. Tracks included on the disk can be considered a video game track set. The player may want to race in the video game on a specific track not included in the video game track set. Therefore, the system **100** may operate to create the specific track, or a plurality of tracks that are not pre-established within the shipped package.

Under the disclosures set forth herein, one or more systems or processes can have instances where workers (e.g., truck drivers, law enforcement, military personnel) can train on an area they are going into. In one example, the President of the United States can visit Elkhart, Ind. As part of Secret Service training, the rendered map **120** can be created proactively of a current state of Elkhart roads and agents can train on the map. This can allow realistic training that can be enabled at minimal expense and in an ongoing, timely fashion. Being able to render navigable or interactive maps using available data can have multiple applications.

Aspects disclosed herein can apply to various applications, subject matters, etc. Example areas where aspects disclosed herein can be practiced include video games (e.g., first person, third person, user interfaces or controls as replicated in games, etc.), simulators (e.g., ground vehicle, flight, ship, etc.), training systems, operation rehearsals (e.g., dismounted military mission, convoy preparation, commercial logistics, etc.), leisure, planning, navigation, virtual sightseeing or visitation, contingency development (e.g.,

US 10,046,241 B1

7

providing alternative routes and familiarization on new routes), modeling and other predictive, optimization or analytical utilities dependent upon accurate reflections of space and time, etc. In addition, features described herein can be used to supplement or augment actual developer effort, by, for example, producing beta maps for refinement, determining new places in time and space suitable for inclusion as a map in a game or application, or shifting developer strength from map development to the enhancement of maps (e.g., by adding additional interactive features, enemy or friendly units, dynamic areas, etc.). It is to be appreciated that these example areas are not an exhaustive list.

FIG. **2** illustrates one embodiment of a system **200** that includes a search component **205** along with the analysis component **105** and the production component **110**. The search component **205** can be configured to determine if a base map **210** for the rendered map **120** is available. The base map can be considered is at least part of the map data set (e.g., the analysis component **105** analyzes the base map to determine if the base map meets a criteria set (e.g., one or more criterion) and the production component **110** designates the base map as the rendered map, with this designation being an output). The search component **205** can operate at varying granular levels, determining if portions of the base map **210** are sufficiently current and/or matching a time/situation of the user's choosing and/or if one or more possible base maps can be extracted or combined to provide a more (e.g., the most) desirable search results.

FIG. **3** illustrates one embodiment a system **300** that includes an interaction component **305**, evaluation component **310**, and gather component **315**, along with the analysis component **105** and production component **110**. The interaction component **305** can be configured to receive a request **320** for the rendered map **120**. The evaluation component **310** can be configured to evaluate the request **320** that produces an evaluation result, where the evaluation result indicates information to gather to produce the rendered map **120** (e.g., what data should be gathered as part of the map data set **115**). The gather component **315** can be configured to gather the map data set **115** according to the information the evaluation result indicates to gather, where the map data set **115** is gathered prior to analysis by the analysis component **105**.

In one example, the player can make the request **320** (e.g., through a user interface) to race at Circuit de Monaco, home of the Monaco Grand Prix, in his video game. The interaction component **305** receives the request **320** and the evaluation component **310** evaluates the request. As part of this evaluation, the evaluation component **310** can determine what information should be gathered to meet the user's request. The gather component **315** can **100** to locate information available on the Circuit de Monaco and collect such information. In one example, racing websites, a web mapping service application, and other locations (e.g., online locations) can be searched to gather information (e.g., map data of the map data set **115**) about the Circuit de Monaco. Based on information gathered, the production component **110** can generate a video game version of the Circuit de Monaco and output the video game version (e.g., as the rendered map **210**).

In one example, the player can make a request **320** (e.g., entered with a video game console controller) and this requested is received by the interaction component **305**. The request can be to race at Burke Lakefront Airport, home of the Cleveland Grand Prix from 1982-2007. The gather component **315** can be employed to locate information

8

available on Burke Lakefront Airport. In one example, racing websites, a web mapping service application, and other locations (e.g., online locations) can be searched to gather information (e.g., map data of the map data set **115**) about the Burke Lakefront Airport. However, since a historical track is requested, other information may be used to determine how to render a video game version of Burke Lakefront Airport (e.g., historical weather information, different surface information based on repairs, etc.). In addition, different track layouts may be used during different years for the Cleveland Grand Prix (e.g., 1989 Cleveland Grand Prix had a different track layout than 1990 Cleveland Grand Prix). To determine which layout to create, the interaction component **305** can ask the player for more information (e.g., ask player which track should be rendered) or query one or more sources of information (e.g., compare with previous television watching to see if the player watched a particular race and making an inference that the track the player wants is the track he watched). The requests to the user for more information can either be fixed, based on a gaming or application context, built from a set or library of possible variables, or developed on-the-fly using artificial intelligence technology (e.g., inferential techniques). In one embodiment, the production component **310** produces different layouts (e.g., the 1989 layout and 1990 layout) in response to the request **320** (e.g., when a specific layout for the request cannot be ascertained) and makes these layouts available to the player. The sources of information that make up the map data set **115** can be public or private, or a variant in between—for example, specific data or pointers/links to data can be stored in/on the video game, private or proprietary databases can be interrogated, public information can be investigated locally (e.g., local hard drive) or via a network (e.g., Wikipedia), and others. Based on information gathered, the production component **110** can generate a video game version of the Circuit de Monaco and output the video game version (e.g., as the rendered map **120**).

While visual rendering can be performed, other rendering may be performed. In one example, in auto racing, track temperature can be important in determining how a car handles and other factors. A track can be rendered with temperature information (e.g., in addition to visual rendering). With rendering with temperature information, the track can represent properties relevant to the temperature (e.g., a colder track can cause a car to respond differently than a warmer track). In one example, real-time or recently taken temperature information can be used in rendering (e.g., from a taken track temperature reading, an inference drawn from air temperature over a period (e.g., the air temperature can indicate track temperature based on track surface type), and others). In one example, average temperature can be used to determine track temperature.

In one example, asphalt in Cleveland may behave differently than asphalt in Miami. Rendered asphalt (e.g., in a video game) can be based on asphalt in those locations. In one example, track can be based on real-time weather information (e.g., rain, temperature, sun exposure, and others). Different characteristics can be given to different parts of one track (e.g., start of course has different track temperature than end of course).

In an embodiment, a track can provide canned characteristic. In one example, a rendered track can show a temperature of 'x' degrees. This information can be given to a game and the game can have a car respond in a certain manner based on the temperature.

US 10,046,241 B1

**9**

In one embodiment, a player can request a rendered map of Indianapolis Motor Speedway. A track at Indianapolis Motor Speedway can be arranged in different configurations. For example, an Indianapolis 500 configuration can configure as a squared oval while an Indianapolis Grand Prix (motorcycle race) configuration can configure as a road course. In one embodiment, the production component **110** can produce a rendered map of the Indianapolis Motor Speedway such that a user can select a configuration, a configuration can be proactively brought out by a video game (e.g., default squared oval, but player can select road course), and others. For example, the rendered map **120** can be produced while including track configurations for modern Indianapolis 500, a classic Indianapolis 500 (e.g., brick-covered track, partially brick-covered track, pre-brick crushed stone and tar track, etc.), a Formula One Grand Prix (a defunct race), or the Indianapolis Grand Prix motorcycle race. In one embodiment, a configuration is selected and high detail levels are given to track aspects that relate to the configuration while low detail levels are given to track aspects that do not relate to the configuration (e.g., if oval is selected, road course specific aspects can be given visual distance aspects but not be rendered with surface attributes such as track temperature).

In one embodiment, the player can request to play at Indianapolis Motor Speedway with an Indianapolis 500 configuration. The production component **110** can render the speedway with Indianapolis 500 configuration portions in high detail and other configurations in relatively low detail. If the player desires to play another configuration of the Indianapolis Motor Speedway, changes can be made accordingly, such as, for example, transforming the low detail portions into high detail.

In one embodiment, as a track is played in a video game, the track can have characteristics changed that change how the game plays. In one example, tracks can experience weeping (e.g., where water was seeping up through the asphalt and creating dangerous wet spots), tire marks from other video game cars breaking heavily on a track, and others. The track can reflect these changes to influence how a game plays (e.g., later in a game, more rubber on a track can lead to a different gaming result).

FIG. **4** illustrates one embodiment of a map area **400**. The map area **400** can be at least a part of the rendered map **120** of FIG. **1**. In one example, a video game can employ an open world concept. In the open world concept, a player can have an unconstrained area to maneuver. In one example, the player can drive various streets of Cleveland, Ohio (e.g., streets, streets with postal addresses, drivable areas (e.g., lawns, city parks, and others), and others). This differs from a track concept, where a player can be limited to drive on a track (e.g., Daytona International Speedway). The rendered map **120** can represent an open world concept map, a track concept, etc.

In the open world concept, a vast amount of information can exist, a vast amount of possible roads along with scenery can be available, and others. This can contrast the track concept where drivable roads are fixed, scenery for those roads is smaller than open world scenery, and others. In addition to preexisting data, other data can be mined or generated to expand the boundaries of the world to permit a user to travel such that there are no limitations or boundaries are apparent or encountered (e.g., in a sailing game, an ocean map can be generated allowing a player to circumnavigate the earth).

Due to the vast amount of information available in the open world concept, it may be undesirable to continuously

**10**

use resources (e.g., processor, memory, and others) to render an entire, or particular thresholds of, an available open world at one time. In one example, a game can be configured to have a person drive on roads available in the United States and Canada. A vast amount of resources could be consumed to render possible road combinations available for possible routes in the United States and Canada. Therefore, selective rendering can occur (e.g., a selection component that can be part of the system **100** of FIG. **1**) can select what to render.

In one example, a rendered area around a vehicle **405** of a video game is selected (e.g., a distance of 'X' around the vehicle **405** on the vehicle's sides). The system **100** of FIG. **1** can render a rendered area **410** around the vehicle **405** (e.g., the rendered area is at least part of the rendered map **120** of FIG. **1**). As the vehicle moves in the map area **400**, the rendered area **410** can change. In one example, an area within which the world is actively rendered or in system resources is distance 'X'. If the vehicle moves in 'Y' direction, then a new rendered area **410'** can be made around a newly positioned vehicle **405'**. New rendered area **410'** can be rendered entirely, or can merely clear a portion of resources representing the eliminated difference of rendered area **410** and recycle or use new resources to render the added difference as a portion of new rendered area **410'**. The map area **400** can be considered the rendered map **120**, a rendered area **410** and/or **410'** can be considered the rendered map **120**, etc.

In one embodiment, the system **100** of FIG. **1** causes a part of rendered area **410** that is not part of rendered area **410'** to be deleted while rendering a part of rendered area **410'** that is not part of rendered area **410**. In one embodiment, the system **100** of FIG. **1** causes a part of rendered area **410** that is not part of rendered area **410'** to be retained in a database while rendering a part of rendered area **410'** that is not part of rendered area **410** (e.g., thus saving areas once they have been driven in the game).

The size of the distance 'X' can be determined based, at least in part, on one or more factors. In one example, the distance 'X' is fixed (e.g., set by a game programmer). In one example, 'X' is based, at least in part, on how much detail exists in the map area **400** (e.g., more detail means a smaller rendered area **410**). In one example, 'X' is based, at least in part, on how fast the vehicle **405** is travelling in the game (e.g., faster vehicles have a larger radius since faster vehicles travels more distance is less time). In one example, 'X' is based, at least in part, on intelligent analysis of player driving style, vehicle speed, information ascertained for other players of the game, other factors, or a combination thereof. The rendered area can be a symmetrical shape (e.g., circle, square, sphere, cube, and soforth) or an environmentally-dependent area based on possible rates of movement or usage across particular areas (e.g., render areas across water or mountain at lower resolution or for shorter distances than areas accessible by improved roadways). Other variables impacting the rendered area (or areas anticipated to be rendered) will be readily appreciated by those skilled in the art upon reflection of the disclosures herein. In one example, 'X' is based, at least in part, on available system resources. System resources can be analyzed (e.g., by the analysis component **105** of FIG. **1** or other component) in terms of an absolute metric (e.g., total memory), a relative metric (e.g., percentage-wise commit charge), contextual factors (e.g., other programs using memory, priority level of other programs using memory, etc.), and others. In one embodiment, an optimization algorithm or other selection technique is employed to determine the best use of resources by determining areas to render, to a particular resolution, in a

US 10,046,241 B1

**11**

particular order; what rendered areas to store in fast-access memory (e.g., Random Access Memory or cache); what rendered areas to save to storage (e.g., hard drive or network); and what rendered areas to discard.

FIG. **5** illustrates one embodiment of a system **500** that includes an alteration component **505** along with the analysis component **105** and the production component **110**. A video game player can be playing a first-person shooter video game and desire to have a multi-player session on a small, uninhabited Pacific island. The search component **205** of FIG. **2** can perform a search for a map of the island and determine that a base map **210** for the island is available. The base map **210** can be a full rendering of the same island that was created for another game, a rendering of a part of the island, etc. The base map **210** can be considered the map data set **115** of FIG. **1**.

The analysis component **105** (or other component) can evaluate the base map **210** to determine if the base map **210** should be altered (e.g., is alteration necessary for usage, balance accuracy against resource usage, etc.), how the base map **210** should be altered (e.g., how the map should be altered can be information of the map data set **115** of FIG. **1**), etc. Based on a result of this evaluation, the alteration component **505** can alter the base map **210**. In one embodiment, the alteration component **505** is part of the production component **110** such that alteration of the base map is production of the rendered map **120**. Thus, in one embodiment, the base map is modified to become the rendered map (e.g., by the production component **110**).

In one embodiment, a player can play a video game with the base map **210**. New information can be discovered that pertains to the base map **210**. For example, a golfing video game can include a specific golf course. When the base map **210** is created, an information source may state that the grass of greens on the course is Bent Grass. Thus, in the base map **210** has the player play on Bent Grass greens. However, a new information source can be discovered (e.g., newly available, newly found, a correction to the information source) that indicates the grass of greens is actually Bermuda Grass. The alteration component **505** can modify the base map **210** such that the golf course instead has Bermuda Grass greens. This alteration can change how the greens look, how the greens respond (e.g., how the greens play), etc. This alteration can occur while the base map **210** is being used, not being used, etc. Thus, the rendered map **120** can be produced (e.g., by the production component **110**) such that a pre-rendered map (e.g., base map **210**) is altered in accordance with the map data set **115** of FIG. **1** (e.g., information that the greens are Bermuda Grass) to become the rendered map **120**.

A map can be rendered. After the map is rendered, new information (e.g., more recent with respect to the physical world, additional data about a previous time or condition, predicted conditions based on models or anticipated events) can become available (e.g., be made known, be discovered by the system **500**, be read, information to make a second data portion more reliable than a first data portion used to create the map, and others). In one example, the new information can be correction information **605** that corrects an error of the map.

In one embodiment, the system **500** is remote from the video game console, be located upon the video game console, operate in a non-video game environment, etc. Correction information (e.g., such as the change in the golfing grass) can be identified (e.g., by the search component **205** of FIG. **2**). The analysis component **105** can evaluate the correction information and the base map **210** to produce an

**12**

evaluation result. The alteration component **505** can determine how to modify the base map **210** based on the evaluation result, modify the base map, transfer an instruction on how to modify the map, and others. The system **500** (e.g., by way of the alteration component **505**) can emit a modification output. The modification output can be an instruction set on how to modify a map, a software kernel that proactively modifies a map, and others.

Additionally, the modification output can be transferred to multiple maps. In one embodiment, multiple iterations of the map can exist on game consoles. In one example, different consoles can have a rendered map of a particular city. A determination can be made (e.g., by the system **500**) that a street becomes one-way during rush hour. Rendered maps of the particular city can be updated based on the determination. The modification output can be transferred to game consoles and the iterations of the map can exist. In this and other ways, maps can be dynamic based on context and update depending on real or imagined situations, or based on user or other preference (e.g., time of day, map settings, and others).

In one example, one correction can apply to different specific maps. In one example, a first map is of a city and a second map is of a county that includes the city. Both the city map and the county map can include a street with an error (e.g., a light post is in the rendered map that is not existent in real-life). The modification output can be applied to the city map and the county map such that the error is corrected. In one embodiment, different modification outputs can be made (e.g., one for the county map and one for the city map) and/or after the modification output is produced by the system **500** (e.g., by the alteration component **505**), it can be copied and/or modified for different maps. In one embodiment, the system **500** makes different modification outputs for different maps.

In one embodiment, a map can be made up of and/or dependent upon another map. In one example, a county can be made up of a group of cities. Therefore, a county map can comprise city maps (e.g., maps of cities in the county). Thus, there may not actually be a county map in of itself, just a group of city maps that form a county. In one example, the modification output can be used to correct a city map that in turn corrects a county map.

The correction information can be different types of information. In one example, an error can be identified in base map **210** and the correction information can be information on how to correct the base map **210** (e.g., where correcting the base map **210** converts the base map **210** into the rendered map **120**). In one example, a real-world area can be updated. In one example, a stop sign can be replaced with another traffic management notification device (e.g., yield sign, traffic light, and others). The correction information can be information to update base map **210** (e.g., a previously rendered map) to reflect the real-world area.

In one embodiment, a user can make modification to a track. In one example, the Indianapolis Motor Speedway can configure with a first and a second straightaway that are about fifty feet wide. A player can desire that the width be shortened and the alteration component **505** can modify the rendered track and/or the track can be rendered with the first and the second straightaway being narrowed. In one example, if a player desires to widen the track, the rendered map can be modified to not only widen the track, but modify other aspects (e.g., moving a grandstand, move a barrier wall, eliminate a grandstand, and others) to accommodate the widening.

US 10,046,241 B1

13

In one embodiment, a multiplayer game or application map can be created and this creation can be based, at least in part, on map information. The multiplayer game or application can be local or over a connection. A group of people can play an online fantasy game (e.g., World of Warcraft) or similar virtual-world application (e.g., Second Life) as well as other games. A new area of the game can be based off a real area. In one example, Central Park in New York City or Nottingham Forrest in England can be analyzed (e.g., by the analysis component **105**) and a map can be rendered with features of these areas playable in the online fantasy game. In another example, real-life places can be imported (e.g., function as the base map **210**) and modified (e.g., by the alteration component **505**) to serve as a basis or inspiration for a representation of an alternate reality (e.g., the rendered map **120**). Components can be employed to analyze and render various aspects of a real-life map or environment according to a scheme set forth in the game or application.

FIG. **6** illustrates one embodiment of a system **600** that includes a collection component **605** and a render component **610**. The collection component **610** is configured to collect a physical information set. The physical information set can be collected from one or more physical information sources (e.g., physical information sources **615**, **620**, and **625**) and/or from a remote location (e.g., a remote or local collection device that sends a packaged physical information set to the collection component **605** that the collection component **605** receives). The collection component **610** can also collect information that is not part of the physical information set (e.g., game console requirements). The render component **610** can be configured to produce a video game output **630** based, at least in part, on the physical information set, where the video game output **630** is stored on a computer-readable medium. In one embodiment, the collection component **605** and render component **610** reside upon a video game console (e.g., at least part of the collection component **605** and at least part of the render component **610**).

Example physical information sources include Internet websites, databases, etc. Example physical information that can be part of the physical information set can include weather information, route information, opinion information (e.g., a group of users say a road is difficult to drive), visual information, audio information, depth information, etc. Physical information can be gleaned from a variety of sources, including a network or data link to the Internet, local networks, direct-connected systems, and communication devices capable of providing physical information sources such as satellites, weather systems and stations, radio or telephonic communication, proprietary databases, geological or other surveys, map datum or data, and others. A baseline for such data can be ascertained in order to produce an average result where differing or conflicting physical information exists, and to fill gaps where physical information is incomplete or imperfect. It is to be appreciated that this is by no means a limiting list of physical information and one of ordinary skill in the art can appreciate that other information is to be included. These examples are intended to be non-limiting and, embrace, rather than exclude, other sources and types of information described herein.

In one embodiment, the physical information set is a physical map information set and where the video game output **630** is a video game map. In one embodiment, the video game map comprises a race course and where the video game enables use of the race course in a racing video

14

game application. In one embodiment, the video game map comprises an environment upon which an avatar (e.g., human-type character) can navigate.

In one embodiment, the physical information set is voice information and where the video game output is video game audio commentary. For example, a college football broadcasting team (e.g., a play-by-play broadcaster and color commentator) can provide audio support for the broadcast of a college football game. The collection component **605** can obtain a copy of the audio support. The render component **610** can break down the audio support and extract singular lines (e.g., individual lines for the play-by-play broadcaster and color commentator related to play on the field). During game play of a college football video game on a video game console, the render component **610** can output (e.g., cause a video game console) of a singular line or multiple lines in response to an occurrence in gameplay, to set tone of gameplay, etc. For example, if a player in the game makes a hard hit, then a common term used by the color commentator can be played. As opposed to playing a version of the common term pre-recorded for the video game, a version is extracted from a real broadcast and played. In one embodiment, the render component **610** alters the common term to make it more suitable for gameplay (e.g., lowers volume, changes tone, replaces a player name, removes possibly offensive language, etc.).

While aspects disclosed herein discuss that the render component **610** produces a video game output **630**, the render component **610** (and other components) can function to produce non-video game outputs. Thus, aspects disclosed herein can have applicability outside of the video game realm.

FIG. **7** illustrates one embodiment of a system **700** that includes an identification component **705** and an approximation component **710** along with the collection component **605** and the render component **610**. The identification component **705** can be configured to identify missing information in the physical information set (e.g., obtained from the physical information sources **615**, **620**, and **625**). The approximation component **710** can be configured to determine a substitute information set for the missing information, where the video game output **620** is based, at least in part, on the physical information set and the substitute information set.

The collection component **605** can receive a user request for a map to be made of a dirt road area for a rally car racing video game. The collection component **605** can obtain information pertaining to the dirt road area, including information related to how road are configured, weather conditions, and the like. However, some information about the road area may be unavailable. For example, what type of dirt the road is made up of, a mixture ratio of different dirt types for a road surface, and other information may be unavailable. The identification component **705** can identify the missing information (e.g., compare available information against information used to create previous map, compare available information against hardcoded information listed as desirable, etc.). The approximation component **710** can compensate for this missing information by generating substitute information. For example, an aerial photograph of the dirt road area can show the road being a certain color. The approximation component **710** can estimate a road dirt type based on this color. The render component **610** can produce the video game output **630** that is consistent with the estimated road dirt type. The video game output **630** can be a racing track where the track responds in a manner consistent with the estimated dirt type.

15

FIG. **8** illustrates one embodiment of a system **800** that includes a monitor component **805**, an appraisal component **810**, and a decision component **815** in addition to the collection component **605** and the render component **610**. The monitor component **805** can be configured to monitor a content **820** presented by way of an electronic device (e.g., a video displayed on a television, a song played on a personal computer speaker system, a webpage visited on a smartphone, etc.). It is to be appreciated that the system **800** can function without the monitor component **805**. The appraisal component **810** can be configured to evaluate the content **820**. The decision component **815** can be configured to proactively (e.g., automatically) select the video game output **820** for production (e.g., send an instruction to the render component **810** on what video game output **820** the render component **610** should produce) based, at least in part, on a result from evaluating the content **820**.

The system **800** can function to provide a user with content the user is likely to want. For example, a user can watch a car race on television on a particular track. The system **800** can make an inference (e.g., through use of at least one artificial intelligence technique) that the particular track should be created for the user after the monitor component **805** monitors the content **820**. In one embodiment, before moving further, the system **800** can confirm with a user that the track should be rendered as video game output **620** (e.g., through a user interface) and the decision component **815** instructs components to go forward based, at least in part, on the user confirmation. The appraisal component **810** can evaluate the content and based on this evaluation, the collection component **605** can seek out information about the particular track, such as recording the content **820** (e.g., on a computer readable medium), performing an Internet search for a website of the particular track and downloading results, and others. This information can be used by the render component **610** to produce the video game output **630**.

In one embodiment, a user can be watching a classic baseball game at Tiger Stadium in Detroit, Mich. on a smartphone, where the classic baseball game is the content **820**. The monitor component **805** can monitor the content **820** (e.g., extract information from the content **820**, where the extracted information is a monitoring result). The appraisal component **810** can evaluate the content **820** (e.g., the content **820** itself, information extracted from the content **820**, inferences drawn from monitoring the content **820**, etc.) and based on this evaluation, the decision component **815** can decide if the video game output **630** should be produced based on the content **820**, determine if enough information is available to produce the video game output **630** (e.g., if so, then instruct the render component **610** to operate; if not, then cause the collection component **605** to gather more information), etc.

FIG. **9** illustrates one embodiment of a system **900** that includes an assessment component **905**, determination component **910**, filter component **915**, and output component **920**. The system **900** can incorporate the analysis component **105** of FIG. **1**, production component **110** of FIG. **1**, the collection component **605** of FIG. **6**, and/or the render component **610** of FIG. **6**. Different pieces of map data **925** (e.g., that are part of the map data set **115** and/or obtained by the sources **615**, **620**, and/or **625**) can be collected by the system **900**. Example map data can include personal images, map application data, text (e.g., available online for a message board), microblogging (e.g., used to ascertain real-

16

time traffic information), new information service broadcasts (e.g., traffic accident reports from new organizations), and others.

The assessment component **905** can evaluate the map data and the determination component **910** can determine which map data **925** to use in rendering and/or updating a map. In one example, different pieces of map data can contradict one another.

In one example, an information source states that traffic on Main Street is heavy while a news report states that traffic on Main Street is medium. In an embodiment, the information source can be a real-time feed or stream such as a microblog (e.g., Twitter) or feed from a social, news or government network (e.g., Facebook news feed, local media RSS (Really Simple Syndication) feed, state police network, etc.). The determination component **910** can determine if traffic on Main Street is heavy or medium (e.g., a determination is made that traffic is medium if intelligence of the determination component **910** weighs the news report as more accurate than the microblog (e.g., microblogs in general, a specific person who made the microblog, and others)). In an embodiment, the determination can be a direct or weighted average of the disputed reports. In the instance of a weighted average, weights can be assigned based on the historical accuracy of a single source, the number of viewers of a source, the size or value of a source, and other variables. Other possible determination means, utilizing various algorithms and techniques, as well as variables not listed, will be apparent to one of ordinary skill in the art upon reflection regarding the disclosures herein.

In one example, two photographs (e.g., a first photograph and a second photograph) are collected by the system **900** and evaluated by the assessment component **905**. In the first photograph a light pole is shown colored green. In the second photograph, the light pole is shown as colored blue. The determination component **910** can determine what color to make the light pole in an output (e.g., the rendered map **120** of FIG. **1**). In one example, the determination component **910** can analyze when the photographs were taken and information in a more recent photograph is used (e.g., date stamp, Exchangeable Image File Format (EXIF) information, Extensible Metadata Platform (XMP) information, International Press Telecommunications Council (IPTC) metadata information, other metadata, an inference such as that the pole was painted and therefore the more recent photograph is more accurate, and others). In one example, the determination component **910** can actively seek out information to be used in determining a color for the light pole (e.g., find other photographs, acquire a real-time satellite image, and others).

The filter component **915** can limit map data **925** transferred to the output component **920** (e.g., the output component **920** functioning as the production component **110** of FIG. **6**, the output component **920** functioning as the render component **610** of FIG. **6**, etc.). In one embodiment, the determination component **910** instructs the filter component which pieces of map data **925** should be passed to the output component **920** (e.g., used to create a map). The output component **920** can render a map based on the map data **925** (e.g., map data **925** passed through the filter component **915**). The output component **920** can produce a map output **930** (e.g., the rendered map **120** of FIG. **1**, a data set upon which the production component **110** of FIG. **1** renders a map, an instruction on how to modify the rendered map **120** of FIG. **1**, the video game output **630** of FIG. **6**, etc.).

In one embodiment, information related to a person can be used proactively create data (e.g., a gaming map) for the

US 10,046,241 B1

**17**

person. In one example, a person could frequent message boards and write posts stating that they wished they could play a first person shooter on the moon, send messages to friends (e.g., e-mails) expressing this desire, and others. Based on the posts and messages, an inference could be drawn that the player wants to play a map of the moon in a game she commonly plays. The system **900** can proactively gather map data **925** that pertains to the moon and proactively generate the map output **930** of the moon for play in the game.

Similarly, a map can be modified based on information. In one example, a person can play a map on a first person shooter game. In this map, an unintentional game aspect can occur that a person considers a cheat. In this example, players may play on opposing teams and have a goal of capturing and retaining checkpoints to achieve a team score. However, a map can include a feature where players on one team can lob grenades across a game board in an unrealistic and/or unfair manner toward one of the checkpoints that kills members of the opposing team. A component can function to identify this alleged cheating behavior or other unintended exploitations of the map, determine if a proactive modification of the map and/or the game should occur, and if a positive determination is made, then to modify the map and/or the game. Various outcomes can cause proactive modification and different modifications can occur. In one instance, the modification can be in response to observed player behavior (e.g., players skipping a map a disproportionate amount of times (e.g., when disproportionate skipping is identified, analyzing conduct to infer why skipping occurs)), response to complaints filed against a certain player who is performing the supposed cheat, response to conversations over a network hosting the game complaining of the supposed cheat, and others. The modification can include modifying the map to render the supposed cheat inoperable (e.g., placing a barrier [e.g., real or invisible] such that the cheat is disabled), modifying the game (e.g., causing the grenade to explode if sent from a certain angle, from a certain spot, from a certain spot with a certain angle, from a certain weapon; randomly changing key locations to decrease or eliminate the reward of the unsportsmanlike behavior; etc.), modifying the game and/or map locally, modifying the game and/or map universally, and others. Enabling proactive modification can enable a game to be improved after later versions are out, a game is no longer supported by a manufacturer, and others.

FIG. **10** illustrates one embodiment of a system **1000** that includes an obtainment component **1005**, a gather component **1010**, a generation component **1015**, and a transfer component **1020**. The system **1000** can incorporate the analysis component **105** of FIG. **1**, production component **110** of FIG. **1**, the collection component **605** of FIG. **6**, and/or the render component **610** of FIG. **6**. A person can make a request **1025** for a map to be generated and the obtainment component **1005** (e.g., operating as the collection component **605** of FIG. **6**) collects the request **1025**. In one embodiment, the request **1025** is for a specific area to be created (e.g., a map of Bonneville Salt Flats). In one embodiment, the request **1025** is for a specific area with specific characteristics (e.g., a map of New Orleans on Fat Tuesday (e.g., with roads closed for parade routes), a map of New York City in heavy traffic, a map of Glasgow, Scotland in heavy rain, and others). In one embodiment, the request **1025** is a general request (e.g., a request for a random map to be created).

The gather component **1010** can be employed to gather information. In one embodiment, the gather component

**18**

**1010**, obtainment component **1005**, and collection component **605** of FIG. **6** can implement as one component. In one embodiment, a requested map may already exist (e.g., on a database, on a game console, and others). If a requested map already exists, then the gather component **1010** can collect the requested map and the requested map can be outputted as output **1030** (e.g., by the transfer component **1020** and without passing the map through the transfer component).

In one embodiment, the gather component **1010** searches for a map meeting the request **1025** and identifies a map that meets the request **1025** at a location. The transfer component **1020** can cause the map that meets the request **1025** to transfer to a location designated in the request **1025** (e.g., transfer directly without residing on the system **1000**).

In one embodiment, the gather component **1010** identifies information sources and collects information that can be used in generating a rendered map. Based on collected information, the generation component **1015** can construct a map for use on a computer (e.g., a video game, a training map, a movie (e.g., a map used in a cartoon), and others). The transfer component **1020** can transfer the map as output **1030** (e.g., the rendered map **120** of FIG. **1**, the video game output **630** of FIG. **6**, etc.).

In one embodiment, a base map (e.g., base map **210** of FIG. **5**) for a requested map is available. The gather component **1010** can collect the base map. In one example, the person requests a map of Lucas County, Ohio. Maps may be available for Toledo, Ohio; Sylvania, Ohio; and Oregon, Ohio (e.g., these three cities for the base map). However, maps may not be available for Maumee, Ohio as well as for villages and townships of Lucas County, Ohio. Therefore, the gather component **1010** collects information on how to render Maumee, Ohio as well as for villages and townships of Lucas County, Ohio. The generation component **1015** renders a map and the transfer component **1020** outputs the map (e.g., as output **1030**).

In one embodiment, the base map is a map of a city and the generation component **1015** modifies the map for specific characteristics. In one example, the city is Tyler, Tex. and a base map for Tyler, Tex. is available. However, the request **1025** can include a portion that specifies racing in a hot temperature. A hot temperature can change road conditions. The base map for Tyler, Tex. can be configured to function with average temperature properties. The generation component **1015** can modify the base map to change properties to those of hot temperature. In one embodiment, public or private weather services or other information sources can be consulted for these purposes (e.g., cause map to reflect weather that is actual/real-time, representative of historic trends, user-selected, etc.). In one embodiment, how roads in Tyler, Tex. react to hot temperatures can be reflected in the output **1030**.

In one embodiment a player requests (e.g., through the request **1025**) for an arena to be created (e.g., a modern-day Madison Square Garden, a 1920 Madison Square Garden set-up for a fight between Jack Dempsey and Bill Brennan, a Madison Square Garden with player requested modifications, and others) for play in a boxing game. The gather component **1010** can search the Internet for images and information on Madison Square Garden. In one example, if the request **1025** is for the 1920 Madison Square Garden set-up for the fight between Jack Dempsey and Bill Brennan, then the gather component **1010** can search the Internet to find archived photographs, newspaper descriptions, and others. Based on data collected by the gather component **1010**, the generation component **1015** can create the arena and the transfer component **1020** can transmit the arena as output

**19**

**20**

1030 (e.g., transmit the arena to a game console). Data collected by the gather component 1010 can be targeted, for example, to seek a pinpoint information set, representing a specific place and time, or to find a set of information over a range of space and time and aggregate sufficient information for the generation component 1015 to create an accurate approximation where pinpoint (e.g., where pinpoint data is unavailable [e.g., literally or cost prohibitive], resource-intensive, slow to access, etc.).

FIG. 11 illustrates one embodiment of a system 1100 that includes an examination component 1105, an identification component 1110, a separation component 1115, and a generation component 1120. The system 1100 can incorporate the analysis component 105 of FIG. 1, production component 110 of FIG. 1, the collection component 605 of FIG. 6, and/or the render component 610 of FIG. 6. Map information 1125 (e.g., the map information is the map data set 115 of FIG. 1 and/or is obtained from the sources 615, 620, and 625 of FIG. 6) can be collected (e.g., actively (e.g., the system 1100 seeks out map information) and/or passively (e.g., map information is sent to the system 1100 (e.g., directly (e.g., by another unit) or indirectly (e.g., radio waves))) by the system 1100 and evaluated by an examination component 1105. The system 1100 can be configured to render a map 1130 based off a specific location. However, a desire may exist for a map to not be a correct representation of the specific location. In one example, a person can request to have a map made of Windsor, Ontario, Canada. However, some real-life roads may include adult establishments (e.g., casino, strip clubs, night clubs, and others). The desire may be to mask these adult establishments from a child, so if a person making a map request is a child, the system 1100 can filter out adult aspects when producing the map 1130 (e.g., the map 1130 can be the rendered map 120 of FIG. 1, the map 1130 can be video game output 630 of FIG. 6, etc.).

The examination component 1105 can examine the map information 1125 and produce an examination result. The identification component 1110 can use the evaluation result to identify items to not be rendered in the map 1110. In one example, parental controls can at least partially control intelligence used by the identification component 1110 to identify map information not to be used, replaced, and other in the map 1130. In one embodiment, the identification component 1110 can identify copyrighted information and can cause the copyrighted information to be replaced in a rendered map. In one embodiment, the identification component 1110 functions by scanning photographs for copyrighted information, inappropriate content (e.g., sexually suggestive advertisements), etc.

In one embodiment, the system 1100 can function to replace advertisements with targeted advertisements. In one example, the identification component 1110 can identify unused advertisement locations in the map information 1125, identify advertisements that can be replaced, as well as select advertisements for use (e.g., based on aggression levels, personal history, contract fulfillment, and others). Advertisement locations can include the placement of advertisements in the physical area rendered by the map (e.g., a billboard actually present on a particular roadway), or possible advertisement locations that can be placed within the rendered map but do not exist in reality (e.g., a single-color grain silo with no ornamentation or writing).

The separation component 1115 can filter out map information not to be rendered, not to be considered in rendering, and others. The generation component 1120 can take information produced out of the separation component 1115 and render the map 1130 or cause the map 1130 to be rendered (e.g., at another location). In one embodiment, the generation component 1120 modifies the rendered map 120 of FIG. 1. In one embodiment, the production component 110 of FIG. 1 and/or the render component 610 of FIG. 6 function as the generation component 1120.

FIG. 12 illustrates one embodiment of a system 1200 that includes the examination component 1105, the identification component 1110, an approximation component 1205, and a composition component 1210. The system 1200 can incorporate the analysis component 105 of FIG. 1, production component 110 of FIG. 1, the collection component 605 of FIG. 6, and/or the render component 610 of FIG. 6. The system 1200 can collect map information 1215 (e.g., the map data set 115 of FIG. 1) and the examination component 1105 can evaluate the map information 1215. The examination component 1105 can evaluate the map information 1215, at least in part, with regards to if there are any unknown areas.

In one embodiment, the map information 1215 may be deficient or otherwise less than ideal for a particular context or in a particular instance. In one example, the map information is to train submarine crews on navigating oceans. However, specific information at deep ocean depths may not be available. Therefore, the system 1200 can make approximations. The identification component 1110 can identify areas that are appropriate for approximation and the approximation component 1205 can make approximations of these areas. Information used in approximations can, for example, seek a set of information over a range of space and time and aggregate sufficient information for the generation component 1015 to create an accurate approximation where pinpoint (e.g., where specific data is unavailable [e.g., literally or cost prohibitive], resource-intensive, slow to access, etc.).

In one example, a map is designated for creation of an area of ocean at a deep depth. Actual map information related to the area at the deep depth may not be available. However, the system 1200 may be able to obtain auxiliary information. Example auxiliary information can include: wildlife found in the region and are comfortable around the deep depth, scientific calculation information (e.g., pressure at the depth, natural light that would make it to the depth, and others), information derived from ocean models, and others.

The composition component 1210 (e.g., production component 110 of FIG. 1, render component 610 of FIG. 6, etc.) can create a map based on approximation information and map information 1215. The map can be outputted as an outputted map 1220 (e.g., rendered map 120, video game output 630, etc.). In one embodiment, the composition component 1210 can cause a component to create a map and/or output a map (e.g., send an instruction to the production component 110 of FIG. 1 to create the rendered map 120 of FIG. 1).

In one embodiment, the outputted map 1220 can be evaluated to determine if approximations are appropriate. If approximations are appropriate, then the outputted map 1220 can be transmitted (e.g., caused to be transmitted, caused to be rendered, caused to be created, and others). If an approximation is not appropriate, then the system 1200 can determine how to correct the approximation (e.g., through implementation of an artificial intelligence technique) and correct the approximation. Another check can occur, this can repeat if appropriate, and the outputted map 1220 can be outputted. In one embodiment, approximations can be noted (e.g., in a file associated with the outputted map 1220) and as new map information is gathered, the approxi-

US 10,046,241 B1

**21**

mations can be replaced with real map information, approximations can be modified as new information is available, and others.

In one embodiment, the outputted map **1220**, the video game output **630** of FIG. **6**, the rendered map **120**, and others can be checked for accuracy after production. In one example, the examination component **1105** can compare the rendered map **120** of FIG. **1** against the map data set **115** of FIG. **1** to determine if the rendered map **120** of FIG. **1** is an accurate representation of the map data set **115** and/or actual location. If the rendered map **120** of FIG. **1** is not an accurate representation, then the rendered map **120** of FIG. **1** can be corrected, a subsequent rendered map can be generated, an error message can be presented, etc. In one embodiment, to avoid correction, the rendered map **120** of FIG. **1** can have a similarity threshold to the map data set **115** of FIG. **1** (e.g., rendered map **120** of FIG. **1** is X % similar to the map data set **115** of FIG. **1**).

In one example, a football video game can be released with an error (e.g., a rendered stadium can show a running track around a field when a real stadium upon which the rendered stadium is based has no track). A user can submit information that an error occurred, an inference can be drawn that users are using a map editor to correct the error, a comparison can be made with photographic evidence publically available (e.g., off an Internet map application), and others. A result can occur where new releases and/or existing releases can be updated correcting the error (e.g., updated automatically). In one example, a stadium can be rendered correctly (e.g., as the rendered map **120** of FIG. **1**), but over a season or over time a change can occur. In one example, lighting poles can be painted from one color to another. When this information is learned, an update can occur (e.g., occur proactively).

FIG. **13** illustrates one embodiment of a system **1300** that includes the examination component **1105**, the identification component **1110**, the composition component **1210**, and a database component **1305**. The system **1300** can incorporate the analysis component **105** of FIG. **1**, production component **110** of FIG. **1**, the collection component **605** of FIG. **6**, and/or the render component **610** of FIG. **6**. Map information **1310** can be collected by the system **1300**. The examination component **1105** can analyze the map information **1310** and based on this analysis, the identification component **1110** can identify map information **1310** that can be used to create a map **1320** (e.g., the rendered map **120** of FIG. **1** produced by the production component **110** of FIG. **1**).

In one embodiment, the system **1300** is part of a network that shares a database **1315**. The database **1315** can retain maps that can be made available to network members (e.g., on a wired network, on a wifi network, on a super wifi network, and others). The map **1320** (e.g., the outputted map **1220** of FIG. **12**, the rendered map **120** of FIG. **1**, etc.) can be retained on the database **1315** (e.g., in addition to transferring the map to a designated destination).

In one embodiment, the system **1300** can receive a request for a map **1320** (e.g., a map of Normandy, France on Jun. 6, 1944). A check can occur by the system **1300** (e.g., by the examination component **1105**) to determine if the database **1315** includes the map **1320**. If the database **1315** does include the map **1320**, then the system **1300** is caused to output the map **1320** (e.g., cause the map **1320** to be sent directly from the database **1315**). If the database **1315** does not include the map **1320**, system **1300** can create the map **1320** (e.g., as the map of Normandy, France on Jun. 6, 1944).

**22**

In one embodiment, a check is performed to determine if the database **1315** does not include the map **1320**. However, the database **1315** may include a modern-day map of Normandy, France. The system **1300** can gather the modern-day map of Normandy, France and collect historical information about Normandy, France on Jun. 6, 1944. The composition component **1210** can modify (e.g., modify a local copy) and/or base a new map off the modern-day map of Normandy, France.

In an embodiment, a map can exist, but not in a format intended for the desired game or application. For example, a map of Guadalcanal from Aug. 7, 1942 can exist as designed one game, but is not usable by the user's game or application. In this situation, the check can return positive that a map exists, but append information noting the need for modification. Thereafter, various features described herein can employ the map as a base map, or modify the map according to the teachings herein, to utilize the map within the user's desired context. In an embodiment, maps from other platforms can be rendered to an application-neutral format, enabling immediate use or rapid adaptation for a variety of games and applications.

In one embodiment, the database **1315** is in a central location. In one embodiment, the database **1315** is distributed across a network of nodes. In one embodiment, the database **1315** is distributed across individual units (e.g., individual game consoles).

FIG. **14** illustrates one embodiment of a network **1400**. The network **1400** can include a first game console **1405** and a second game console **1410**. The first game console **1405** and/or the second game console **1410** can incorporate the analysis component **105** of FIG. **1**, production component **110** of FIG. **1**, the collection component **605** of FIG. **6**, and/or the render component **610** of FIG. **6** (e.g., a combination thereof). The first game console **1405** can retain a first map **1415** and the second game console **1410** can retain a second map **1420**. The network **1400** can be a local network, a network over the Internet, and others. While shown with two game consoles and two maps, it is to be appreciated that the network **1400** can include more than two game consoles, more than two maps, any one particular game console can retain more than one map, and others.

The network **1400** can function such that individual game consoles can have access to a vast amount of maps while retaining relatively few maps locally. In one example, the first game console **1405** retains first map **1415** locally. However, first game console **1405** can have access to the second map **1420** retained on second game console **1410**.

In one embodiment, a player using first game console **1405** can request to play second map **1420**. A permission and/or security check can occur and based on a positive result, the player can play second map **1420**. In one example, a check is made to determine if the player using first game console **1405** makes first map **1415** available to other game consoles. Sharing or exchange schemes can be enforced according to ratios, purchase, bargaining, trading, credits or money, and other methods of map-swapping including user preferences, map popularity and availability, resource intensity or size, relationship or friend status, necessity (e.g., to play in a tournament or with friends), and a variety of other techniques. In an embodiment, one user can give a specific map away for free while another requires an exchange. In one embodiment, users are designated to offer the same map (or other information) for the same value.

In one embodiment, the first map **1415** and the second map **1420** are maps depicting a specific location (e.g., both maps are of Lake Erie). The maps can be identical or be

US 10,046,241 B1

**23**

different (e.g., one map is of a higher quality than the second map, the maps have contrasting information, the first map **1415** is configured for a fishing game and has a relatively large amount of fishing data while the second map **1420** is boating map that has a relatively large amount of wave information, and others). A search can occur for a map of the specific location. A component can determine which map to access. In one example, if the maps are identical, then a component can select a map (e.g., a cheaper map can be selected, a map that can be downloaded faster can be selected, and others). In one example, if the maps are different, then a component can select a map (e.g., if a player wants to used a searched map a fishing game, then the first map **1415** is selected; if the player wants to use the searched map in an first person shooter game, then a determination can be made on which map can be more easily converted and/or has more useful metadata (e.g., wave information that can impact travelling on the water) and that map can be selected; and others).

In one embodiment, second map **1420** is downloaded onto first game console **1405** and retained (e.g., saved after play is completed, temporarily retained until done playing, and/or others). In one embodiment, the first game console **1405** can play the second map **1420** while keeping the second map **1420** on the second game console **1410**. In one embodiment, maps (e.g., first map **1415** and second map **1420**) are distributed among game consoles (e.g., first game console **1405** and second game console **1410**) and/or other locations (e.g., databases). In one embodiment, in response to a request by a player on first game console **1405** to play second map **1420**, second map **1420** can be retained on first game console **1405** and first map **1415** can be removed off first game console **1405** and retained on second game console **1410** (e.g., first game console **1405** and second game console **1410** switch locally-stored maps).

In one embodiment, first map **1415** and second map **1420** can be gaming maps for use in a shooter video game (e.g., first-person shooter). In one embodiment, first map **1415** and second map **1420** can be based on real-world areas and rendered by the system **100** of FIG. **1**. In one example, first map **1415** can be used in a real-world combat simulation game of a city in Iraq and second map **1420** can be used in a fictional space invasion combat arcade game. The system **100** of FIG. **1** can use a component to modify (e.g., intelligently modify) a map to make a map more game combat friendly. In an embodiment, first map **1415** can be used on first game console **1405** as a racing video game map, and used on second game console **1410** as a shooter video game map. Features (e.g. resolution, detail, background interaction, background behavior, and others) can be adjusted to better accommodate the particular gaming (or other) context to which a particular map is applied. In one embodiment, a map can be converted from a first type (e.g., a shooter map) to a second type (e.g., a racing map).

A security component can be used to determine if rendering should occur, to stop a rendering from occurring, and others. In one example, a child can request that a map be rendered of his school for a first-person shooter game. While the map may be rendered from available information (e.g., information from a map application, publically available blueprints, photographs from a social networking site that show decorations, content from a school website, academic or educational games and applications, and others), there may be a social desire to not enable a student to play a game where shootings can happen in school. Therefore, the security component can stop the rendering from occurring, report the requested rendering, stop the rendering if the requestor

**24**

meets a metric (e.g., is a student at the school, is underage, and others), and others. In one embodiment, the security component is integrated as part of the production component **110** of FIG. **1**.

The following methodologies are described with reference to figures depicting the methodologies as a series of blocks. These methodologies may be referred to as methods, processes, and others. While shown as a series of blocks, it is to appreciated that the blocks can occur in different orders and/or concurrently with other blocks. Additionally, blocks may not be required to perform a methodology. For example, if an example methodology shows blocks 1, 2, 3, and 4, it may be possible for the methodology to function with blocks 1-2-4, 1-2, 3-1-4, 2, 1-2-3-4, and others. Blocks may be wholly omitted, re-ordered, repeated or appear in combinations not depicted. Individual blocks or groups of blocks may additionally be combined or separated into multiple components. Furthermore, additional and/or alternative methodologies can employ additional, not illustrated blocks, or supplemental blocks not pictured can be employed in some models or diagrams without deviating from the spirit of the features. In addition, at least a portion of the methodologies described herein may be practiced on a computer-readable medium storing computer-executable instructions that when executed by a computer cause the computer to perform a methodology (e.g., method).

FIG. **15** illustrates one embodiment of a method **1500** that includes retaining a video game content at a first location **1505** and causing the video game content to be available to a second location **1510**. The method **1500** can function in association with the network **1400** of FIG. **14**. In one embodiment, the first game console **1405** of FIG. **14** can be the first location, the second game console **1410** of FIG. **14** can be the second location, the first map **1415** of FIG. **14** and/or the second map **1420** of FIG. **14** can be the video game content. In one embodiment, the video game content (e.g., rendered map **120** of FIG. **1**, video game output **630** of FIG. **6**, etc.) can be produced and then retained at **1505** by the production component **110** of FIG. **1** (e.g., retained in a computer-readable medium, retained in a computer-readable medium by a processor functioning as the production component **110** of FIG. **1**). In one embodiment, the production component **110** of FIG. **1** causes the video game content to be available at **1510**.

In one embodiment, the first location **1505** is a first video game console, the second location **1510** is a second video game console, and the first video game content is remote to the second video game console. In one embodiment, the video game content is distributed across the first location **1505** and the second location **1510** and/or stored at the first location **1505** or second location **1510** alone. In one embodiment, the video game content is a video game map. In one embodiment, the video game content is created at the first location. In one embodiment, the video game content is created at the second location **1510**. In one embodiment, the video game content is created at a separate location (e.g., a computer system at a company office that is then sent to the first location **1505**). In one embodiment, the video game content is a first video game content (e.g., the first map **1415** of FIG. **14**) and where the second video game console (e.g., the second game console **1410** of FIG. **14**) retains a second video game content (e.g., the second map **1420** of FIG. **14**) that is available to the first video game console (e.g., the first game console **1405** of FIG. **14**).

FIG. **16** illustrates one embodiment of a method **1600** that includes retaining a video game content at the first location **1505** of FIG. **15** and causing the video game content to be

US 10,046,241 B1

25

available to the second location **1510** of FIG. **15**. At **1605**, a physical information set is obtained (e.g., in response for a video game content request from entered at the first location **1505** of FIG. **15**). In one embodiment, the physical information is obtained by the collection component **605** of FIG. **6**. At **1610**, the physical information set is evaluated. This evaluation can be performed by the analysis component **105** of FIG. **1** and/or the examination component **1105** of FIG. **11**. The video game content can be produced at **1615**. This production can be based, at least in part, on a result from evaluating the physical information set at **1610**. In one embodiment, this production can be performed by the production component **110** of FIG. **1** and/or the render component **610** of FIG. **6**.

FIG. **17** illustrates one embodiment of a method **1700** that resolves a difference between maps. At **1705**, the method **1700** can process maps (e.g., collect maps, evaluate maps, compare maps against one another, compare maps against other information, and others). Based on map processing, a determination can be made on map differences at **1710** (e.g., if at least one map difference exists, why a map difference exists, and others). At **1715**, a determination can be made on how to resolve a map difference. This can include a sub-determination of whether to resolve the map difference, based on usage, location, user preference, etc. At **1720**, a resolution to resolve the map difference can be caused to implement (e.g., send an instruction to the production component **110** of FIG. **1** on how to create a map, the production component **110** of FIG. **1** makes the resolution, etc.). In one embodiment, a solution to resolve the map difference can be tested before implementation.

FIG. **18** illustrates one embodiment of a method **1800** that causes a map to be made (e.g., a new map to be created, a map to be modified, a map to be replaced, and others). Information (e.g., the map data set **115** of FIG. **1**) can be collected at **1805**. Information can include map application information, request information, information found off the Internet and others. Information can be collected passively (e.g., sent to a computer-readable medium operating the method **1800**) and/or actively (e.g., the computer-readable medium operating the method **1800** seeks out information).

The information can be analyzed at **1810**. At **1815**, a determination can be made on how to make a map (e.g., based on a result of the analysis). In one embodiment, the information collected at **1805** includes instructions and/or format data for a device that may ultimately use the map. At **1820**, a map can be caused to be made (e.g., according to a manner determined at **1815**). In one embodiment, the map can be made and caused to be displayed, caused to be used in an application (e.g., software application), and others.

FIG. **19** illustrates one embodiment of a town grouping **1900**. The town grouping **1900** can include various towns (e.g., Towns A-I). In one example, the town grouping **1900** represents a larger organization (e.g., Towns A-I form a county J).

An interface can be presented to a person that enables the person to designate an area for rendering (e.g., by the production component **110** of FIG. **1**, by the render component **610** of FIG. **6**, etc.). In one example, the person can access a personal computer and use a mouse and keyboard to designate a selected area **1905**. A map of the selected area **1905** can be rendered and transferred (e.g., to a personal computer, to a game console, to a computer-readable medium, and others). While shown as a rectangle, it is to be appreciated that the selected area can be various shapes and/or arrangements.

26

In addition, a map can be rendered with a three-dimensional component (e.g., render from ground level to 'x' distance in the air). The selected area **1905** can designate a third dimensional limit and/or one can be inferred. As described above, maps can be altered to fit a particular usage context. For example, one usage can be entirely two-dimensional, another can be three-dimensional wherein the third dimension is treated as background or environment, and still another usage context can involve travel through three dimensions wherein the third dimension is actively engaged with the particular use.

Additionally, an inference can be drawn on how to render map boundaries (e.g., how high to make a third dimension). In one embodiment, a map can be rendered for a racing game. In this embodiment, rendering can be limited to a height of an upper limit of a car windshield. In one embodiment, for specific situations (e.g., an in-game car flips over), a more generic setting can be shown (e.g., non-accurately rendered, but resembling other scenery).

FIG. **20** illustrates one embodiment of an interface **2000**. A creation component can create the interface **2000** and the interface can be disclosed (e.g., caused to be disclosed). In one embodiment, the creation component is part of the system **1000** of FIG. **10** and the interface facilitates the request **1025** (e.g., by filling out the interface **2000**, the request **1025** is generated). Disclosure of the interface **2000** can occur in response to a command, in response to an inference (e.g., conversation of players wishing they could play a game on a particular circuit), and others. The creation component can identify information that could be beneficial in knowing to create a map and produce the interface **2000**. In one embodiment, a person creates the interface **2000** (e.g., a programmer, a player, and others). At least some fields of the interface **2000** can be populated with data and based, at least in part, on the data a map can be rendered.

FIG. **21** illustrates one embodiment of a system **2100** that may be used in practicing at least one aspect disclosed herein. The system **2100** includes a transmitter **2105** and a receiver **2110**. In one or more embodiments, the transmitter **2105** can include reception capabilities and/or the receiver **2110** can include transmission capabilities. In one embodiment, the system **100** of FIG. **1** includes the transmitter **2105** and/or the receiver **2110**. In one embodiment, the receiver **2110** integrates with and/or functions as the collection component **605** of FIG. **6** and the transmitter **2105** integrates with and/or functions as the render component **610** of FIG. **6**. In one embodiment, the system **100** of FIG. **1** and/or the system **600** of FIG. **6** integrate with the system **2100** on a mobile device.

The transmitter **2105** and receiver **2110** can each function as a client, a server, and others. The transmitter **2105** and receiver **2110** can each include a computer-readable medium used in operation. The computer-readable medium may include instructions that are executed by the transmitter **2105** or receiver **2110** to cause the transmitter **2105** or receiver to perform a method. The transmitter **2105** and receiver **2110** can engage in a communication with one another. This communication can over a communication medium. Example communication mediums include an intranet, an extranet, the Internet, a secured communication channel, an unsecure communication channel, radio airwaves, a hardwired channel, a wireless channel, and others. Example transmitters **2105** include a base station, a personal computer, a cellular telephone, a personal digital assistant, and others. Example receivers **2110** include a base station, a cellular telephone, personal computer, personal digital assistant, and others. The example system **2100** may function

**27**

along a Local Access Network (LAN), Wide Area Network (WAN), and others. The aspects described are merely an example of network structures and intended to generally describe, rather than limit, network and/or remote applications of features described herein.

FIG. **22** illustrates one embodiment of a system **2200**, upon which at least one aspect disclosed herein can be practiced. In one embodiment, the system **2200** can be considered a computer system that can function in a stand-alone manner as well as communicate with other devices (e.g., a central server, communicate with devices through data network (e.g., Internet) communication, etc). Information can be displayed through use of a monitor **2205** and a user can provide information through an input device **2210** (e.g., keyboard, mouse, touch screen, etc.). In one embodiment, the monitor **2205** displays the interface **2000** of FIG. **20**. A connective port **2215** can be used to engage the system **2200** with other entities, such as a universal bus port, telephone line, attachment for external hard drive, and the like. Additionally, a wireless communicator **2220** can be employed (e.g., that uses an antenna) to wirelessly engage the system **2200** with another device (e.g., in a secure manner with encryption, over open airwaves, and others). A processor **2225** can be used to execute applications and instructions that relate to the system **2200**. In one example, the processor **2225** executes at least one instruction associated with at least one of the analysis component **105** of FIG. **1** or the production component **110** of FIG. **1**. In one example, the processor **2225** executes at least one instruction associated with at least one of the collection component **605** of FIG. **6** or the render component **610** of FIG. **6**. Storage can be used by the system **2200**. The storage can be a form of a computer-readable medium. Example storage includes random access memory **2230**, read only memory **2235**, or nonvolatile hard drive **2240**. In one embodiment, a memory (e.g., at least one of the random access memory **2230**, read only memory **2235**, and/or the nonvolatile hard drive **2240**) retains instructions that cause a method disclosed herein to operate. In one embodiment, the memory retains a database in accordance with at least one aspect disclosed herein.

The system **2200** may run program modules. Program modules can include routines, programs, components, data structures, logic, etc., that perform particular tasks or implement particular abstract data types. The system **2200** can function as a single-processor or multiprocessor computer system, minicomputer, mainframe computer, laptop computer, desktop computer, hand-held computing devices, microprocessor-based or programmable consumer electronics, and the like.

It is to be appreciated that aspects disclosed herein can be practiced through use of artificial intelligence techniques. In one example, a determination or inference described herein can, in one embodiment, be made through use of a Bayesian model, Markov model, statistical projection, neural networks, classifiers (e.g., linear, non-linear, etc.), using provers to analyze logical relationships, rule-based systems, or other technique.

While example systems, methods, and so on have been illustrated by describing examples, and while the examples have been described in considerable detail, it is not the intention of the applicants to restrict or in any way limit the scope of the appended claims to such detail. It is, of course, not possible to describe every conceivable combination of components or methodologies for purposes of describing the systems, methods, and so on described herein. Therefore, innovative aspects are not limited to the specific details, the

**28**

representative apparatus, and illustrative examples shown and described. Thus, this application is intended to embrace alterations, modifications, and variations that fall within the scope of the appended claims.

Functionality described as being performed by one entity (e.g., component, hardware item, and others) may be performed by other entities, and individual aspects can be performed by a plurality of entities simultaneously or otherwise. For example, functionality may be described as being performed by a processor. One skilled in the art will appreciate that this functionality can be performed by different processor types (e.g., a single-core processor, quad-core processor, etc.), different processor quantities (e.g., one processor, two processors, etc.), a processor with other entities (e.g., a processor and storage), a non-processor entity (e.g., mechanical device), and others.

In addition, unless otherwise stated, functionality described as a system may function as part of a method, an apparatus, a method executed by a computer-readable medium, and other embodiments may be implemented in other embodiments. In one example, functionality included in a system may also be part of a method, apparatus, and others.

Where possible, example items may be combined in at least some embodiments. In one example, example items include A, B, C, and others. Thus, possible combinations include A, AB, AC, ABC, AAACCCC, AB, ABCD, and others. Other combinations and permutations are considered in this way, to include a potentially endless number of items or duplicates thereof.

What is claimed is:

1. A system, that is at least partially hardware, comprising:
an identification component configured to identify a racing area for a vehicle set with a tire set in a racing video game;
a check component configured to determine an action set of the vehicle set that causes a remnant of the tire set to be laid upon the racing area;
a determination component configured to determine where to place the remnant of the tire set on the racing area based, at least in part on the action set of the vehicle set; and
a modification component configured to make an alteration to the racing area such that the remnant impacts performance of the vehicle set.

2. The system of claim **1**,
where the vehicle set comprises a first vehicle with a first tire set and a second vehicle with a second tire set,
where the tire set comprises the first tire set and the second tire set,
where the remnant is a remnant from the first tire set, and
where the second vehicle is impacted by the remnant from the first tire set.

3. The system of claim **2**, comprising:
an collection component configured to collect an first indicator of a first action of the first vehicle in the racing video game that causes the remnant from the first tire set to be laid upon the racing area from a first playing location and configured to collect a second indicator of a second action of the second vehicle in the racing video game that causes a remnant from the second tire set to be laid upon the racing area from a second playing location; and
a broadcast component configured to broadcast the racing area with the alteration in accordance with the remnant from the first tire set and the remnant from the second tire set to the first playing location and configured to

US 10,046,241 B1

29

broadcast the racing area with the alteration in accordance with the remnant from the first tire set and the remnant from the second tire set to the second playing location,

where the first playing location and the second playing location are remote to one another.

**4**. The system of claim **2**,

where the first vehicle and the second vehicle are human-controlled vehicles competing against one another in an online gaming session.

**5**. The system of claim **2**,

where the first vehicle and the second vehicle are human-controlled vehicles competing against one another in a single-console gaming session.

**6**. The system of claim **2**,

where the first vehicle is a human-controlled vehicle competing in an single-console gaming session and

where the second vehicle is a console-controlled vehicle competing in the single-console gaming session.

**7**. The system of claim **1**,

where the vehicle set comprises exclusively one vehicle,

where the remnant is laid on a previous lap,

where the vehicle is impacted on a subsequent lap, and

where the previous lap and the subsequent lap are part of a single racing session.

**8**. A system, that is at least partially hardware, comprising:

an identification component configured to identify a racing surface of a racing circuit in a racing video game during a racing video game session;

a determination component configured to determine a first temperature for a first portion of the racing surface and a second temperature for a second portion of the racing surface; and

a modification component configured to cause the first portion of the racing surface to implement with the first temperature and the second portion of the racing surface to implement with the second temperature,

where the first temperature and the second temperature are different temperatures,

where the first portion of the racing surface and the second portion of the racing surface do not overlap one another,

where the first portion of the racing surface being at the first temperature causes a vehicle of the racing video game to have a first response to an action,

where the second portion of the racing surface being at the second temperature causes the vehicle of the racing video game to have a second response to the action, and

where, due to the difference in temperature, the first response and the second response are not identical.

**9**. The system of claim **8**, comprising:

a monitor component configured to monitor an operation of the vehicle as the vehicle traverses the racing surface; and

an evaluation component configured to evaluate the operation to produce an evaluation result;

where the determination component is configured to determine a change to the first temperature based, at least in part, on the evaluation result,

where the modification component is configured to cause the first portion of the racing surface to implemented with the changed first temperature and

where the changed first temperature is different from the first temperature.

30

**10**. The system of claim **9**,

where the modification component causes the first portion of the racing surface to implemented with the changed first temperature without a change to the second portion of the racing surface and

where operation of the vehicle causes virtual rubber to be placed on the racing surface that impacts performance of the vehicle.

**11**. The system of claim **9**,

where the vehicle is a first vehicle,

where the racing video game session is an online racing video game session between at least a first player playing at a first gaming apparatus and a second player playing at a second gaming apparatus,

where the first player controls the first vehicle,

where the second player controls a second vehicle,

where an action by the second vehicle produces a first response when the racing surface is at the first temperature,

where the action by the second vehicle produces a second response when the racing surface is at the changed first temperature, and

where the first response and the second response are not identical.

**12**. The system of claim **9**,

where the vehicle is a first vehicle,

where the racing video game session is a racing video game session between at least a first player playing at a gaming apparatus and a second player playing at the gaming apparatus,

where the first player controls the first vehicle,

where the second player controls a second vehicle,

where an action by the second vehicle produces a first response when the racing surface is at the first temperature,

where the action by the second vehicle produces a second response when the racing surface is at the changed first temperature, and

where the first response and the second response are not identical.

**13**. The system of claim **9**,

where the vehicle is a gaming-apparatus controlled vehicle,

where the racing video game session is a racing video game session between at least a player-controlled vehicle and the gaming apparatus controlled vehicle,

where an action by the player-controlled vehicle produces a first response when the racing surface is at the first temperature,

where the action by the player-controlled vehicle produces a second response when the racing surface is at the changed first temperature, and

where the first response and the second response are not identical.

**14**. The system of claim **8**,

where the first temperature is derived, at least in part, from a first level of virtual sun exposure to the first portion,

where the first temperature is derived, at least in part, from a second level of virtual sun exposure to the second portion, and

where the first level of virtual sun exposure and the second level of virtual sun exposure are not identical.

**15**. A system, that is at least partially hardware, comprising:

an identification component configured to identify a change in a temperature of a racing surface in a racing video game;

US 10,046,241 B1

31                                                                32

a determination component configured to determine an
impact of the change in the temperature of the racing
surface; and
a modification component configured to make an altera-
tion to the racing surface in accordance with the impact  5
of the change in the temperature,
where the alteration influences performance of a vehicle
in the racing video game.
16. The system of claim 15,
where the change in temperature occurs during a single  10
racing video game race.
17. The system of claim 16,
where the single racing video game race is an online
single racing video game race,
where a first competitor competes in the online single  15
racing video game race from a first local console,
where a second competitor competes in the online single
racing video game race from a second local console,
where the first local console and the second local console
communicate with a remote server that hosts the single  20
racing video game race.
18. The system of claim 16,
where the single racing video game race is solo human-
player single racing video game race.
19. The system of claim 16,                                      25
where the change in the temperature is produced, at least
in part, by the vehicle travelling over the racing surface
during the single racing video game race.
20. The system of claim 15,
where the change in temperature occurs between a first  30
racing video game race and a second racing video game
race.

                    *    *    *    *    *