UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>      Defendant | Civ. A. No. 1:21-cv-11477-IT |

**DEFENDANT'S ASSENTED-TO MOTION FOR
AN EXTENSION OF TIME TO ANSWER OR RESPOND**

The defendant, iRacing.com Motorsport Simulations, LLC, moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to January 24, 2022 to answer or otherwise respond to the First Amended Complaint. In support of this motion, the defendant states that on December 3, 2021, it moved to dismiss the case for failure to state a claim, and that on December 27, 2021, the plaintiff filed the First Amended Complaint. Due to the holidays and deadlines in other matters, counsel requires time to respond to the First Amended Complaint. Counsel for the plaintiff has assented to this motion.

Respectfully submitted,

IRACING.COM MOTORSPORT SIMULATIONS, LLC

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Andrew D. Gish (pro hac vice)
  andrew@gishpllc.com
Marti A. Johnson (pro hac vice)
  marti@gishpllc.com
Raymond Bilderbeck (pro hac vice)
  ray@gishpllc.com
GISH PLLC
41 Madison Ave., 31st Floor
New York, NY 10010
(212) 518-7380

Dated: January 5, 2022

## LOCAL RULE 7.1 CERTIFICATE

  I certify that on January 5, 2022, I conferred by email with counsel for the plaintiff, who assented to this motion.

                       */s/ Theodore J. Folkman*