UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>      Defendant | Civ. A. No. 1:21-cv-11477-IT |

**DEFENDANT'S ASSENTED-TO MOTION TO FILE A 26-PAGE MEMORANDUM**

Pursuant to L.R. 7.1(b)(4), Defendant iRacing.com Motorsport Simulations, LLC ("iRacing") moves for leave to file a memorandum not exceeding 26 pages in support of its forthcoming motion to dismiss Plaintiff's First Amended Complaint for patent infringement. The motion to dismiss will assert that the '241 Patent at issue in this case is invalid because it claims only abstract subject matter in violation of 35 U.S.C. § 101.

iRacing previously requested (Dkt. No. 12) and received (Dkt. No. 13) leave to file a 25-page memorandum in support of its motion to dismiss Plaintiff's Original Complaint. Defendant iRacing filed that motion (Dkt. No. 14) and supporting memorandum (Dkt. No. 15) on December 3, 2021. Plaintiff responded to that motion with its First Amended Complaint (Dkt. No. 20) on December 27, 2021. iRacing's motion to dismiss Plaintiff's First Amended Complaint will be essentially identical to its motion to dismiss Plaintiff's Original Complaint, and iRacing requires only one additional page to address minor amendments to Plaintiff's pleadings.

Counsel for Plaintiff has assented to this motion.

Respectfully submitted,

IRACING.COM MOTORSPORT SIMULATIONS, LLC

By its attorneys:

*/s/ Theodore J. Folkman*
_____

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
  andrew@gishpllc.com
  (212) 518-7380
Marti A. Johnson (*pro hac vice)*
  marti@gishpllc.com
  (646) 701-4458
Raymond J. Bilderbeck (*pro hac vice*)
  ray@gishpllc.com
  (646) 415-1092
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010

Dated: January 19, 2022