UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>Defendant | Civ. A. No. 1:21-cv-11477-IT<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT IRACING'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant iRacing.com Motorsport Simulations, LLC. ("iRacing") moves this Court to dismiss all counts of Plaintiff Integrated Technology Solutions' Complaint for patent infringement because all claims of asserted U.S. Patent No. 10,046,241 are invalid for claiming unpatentable subject matter in violation of 35 U.S.C. § 101. The grounds for this motion are further detailed in iRacing's accompanying Memorandum in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), iRacing respectfully requests oral argument on its motion.

Respectfully submitted,

iRacing.com Motorsport Simulations, LLC,

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
 andrew@gishpllc.com
 (212) 518-7380
Marti A. Johnson (*pro hac vice)*
 marti@gishpllc.com
 (646) 701-4458
Raymond J. Bilderbeck (*pro hac vice*)
 ray@gishpllc.com
 (646) 415-1092
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010

Dated: January 24, 2022

## LOCAL RULE 7.1 CERTIFICATION

I certify that counsel for the plaintiff and counsel for the defendant conferred in a good faith attempt to narrow or resolve the issue presented in this motion.

*/s/ Theodore J. Folkman*
Theodore J. Folkman