THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>       Defendant | Case No: 1:21-cv-11477-IT<br><br>PATENT CASE |

**Motion to Appear Pro Hac Vice**
**Filed on Behalf of Attorney Geoffrey E. Dobbin**

The undersigned moves this Honorable Court, as provided for in the Local Rules, to admit reputable member of the Utah and Colorado State Bars, Geoffrey E. Dobbin, pro hac vice as Plaintiff, Integrated Technology Solutions, LLC's, attorney of record in the above-captioned matter. This motion is supported by the attached certification of Geoffrey E. Dobbin. In support of this motion, the undersigned attorney states as follows:

1.   Geoffrey E. Dobbin is a member in good standing of every jurisdiction where he has been admitted to practice.

2.   There are no disciplinary proceedings pending in any jurisdiction.

3.   Mr. Dobbin is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.   Mr. Dobbin is a member of the bar in good standing and admitted to practice before the States of Utah and Colorado and U.S. District Court for the District of Utah.

     5.     The Certification of Mr. Dobbin is incorporated herewith and attached hereto as Exhibit A.

WHEREFORE, the undersigned moves this Honorable Court to admit Geoffrey E. Dobbin pro hac vice as counsel of record for Plaintiff, Integrated Technology Solutions, LLC in this case.

Dated: February 2, 2022.

Respectfully submitted,
Attorneys for Plaintiff
Integrated Technology Solutions, LLC

/s/ Brendan M. Shortell
Brendan M. Shortell (BBO# 675851)
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
Telephone: 617.720.0091
Facsimile: 617.720.6307
shortell@lambertpatentlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on February 2, 2022. Parties may access the foregoing through the Court's system.

/s/ Brendan M. Shortell
Brendan M. Shortell (BBO# 675851)