## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**INTEGRATED TECHNOLOGY SOLUTIONS LLC,**

     **Plaintiff,**

**vs.**

**IRACING.COM MOTORSPORT SIMULATIONS, LLC**

     **Defendant**

**Case No: 1:21-cv-11477-IT**

**PATENT CASE**

### Certification of Geoffrey E. Dobbin in
### Support of Motion to Appear *Pro Hac Vice*

In support of the Motion to Appear *Pro hac Vice* filed on my behalf the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in every jurisdiction in which I have been admitted to practice;

2. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

3. I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the above information is true and correct.

Dated: February 2, 2022.                     Respectfully submitted,


*/s/Geoffrey E Dobbin*
**Geoffrey E. Dobbin**
Utah Bar Number 9371
**Dobbin IP Law, P.C.**
2250 S Redwood Road, ste. 5
West Valley City, UT 84119-1355
(801) 969-6609
geoff@dobbiniplaw.com