AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-11477-IT |
| IRACING.COM MOTORSPORT SIMULATIONS, LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INTEGRATED TECHNOLOGY SOLUTIONS LLC.

Date:   02/03/2022

/s/Geoffrey E. Dobbin
*Attorney's signature*

Geoffrey E. Dobbin, Pro Hac Vice, UT #9371
*Printed name and bar number*

2250 S Redwood Rd, Ste 5, West Valley City, UT 84119-1355

*Address*

geoff@dobbiniplaw.com
*E-mail address*

(801) 969-6609
*Telephone number*

(801) 349-2453
*FAX number*

Print    Save As...    Reset