UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>        Defendant | Civ. A. No. 1:21-cv-11477-IT |

## **CERTIFICATION OF EDWARD TULIN**

I, Edward Tulin, certify as follows:

1. I am a member of the law firm of Gish PLLC and counsel for the defendant, iRacing.com Motorsport Simulations, LLC, in the above-captioned action.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the following:

> New York
> United States Patent and Trademark Office
> US District Court for the Eastern District of Michigan
> US District Court for the Southern District of New York
> US District Court for the Eastern District of New York
> US District Court for the Eastern District of Wisconsin
> US Court of Appeals for the Federal Circuit

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2022.

*/s/ Edward Tulin*

Edward Tulin