UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>      Defendant | Civ. A. No. 1:21-cv-11477-IT |

**DEFENDANT'S ASSENTED-TO MOTION
TO CONTINUE HEARING ON MOTION TO DISMISS**

      The defendant, iRacing.com Motorsport Simulations, LLC, moves to continue the hearing on the motion to dismiss, now set for August 11, 2022. In support of this motion, the defendant states that its lead counsel, Andrew Gish, who will be arguing the motion, has out-of-state depositions and an out-of-state family wedding around that date that would make it extremely difficult for him to attend the hearing. Counsel for the parties have conferred and are available on any of the following dates: September 7, 8, 12, 13, or 14, 2022. Counsel for the plaintiff has assented to this motion.

      For these reasons, the defendant respectfully requests that the Court continue the hearing on the motion to dismiss to another date.

Respectfully submitted,

IRACING.COM MOTORSPORT SIMULATIONS, LLC

By its attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Andrew D. Gish (pro hac vice)
  andrew@gishpllc.com
Marti A. Johnson (pro hac vice)
  marti@gishpllc.com
Raymond Bilderbeck (pro hac vice)
  ray@gishpllc.com
Edward Tullin (pro hac vice)
  edward@gishpllc.com
GISH PLLC
41 Madison Ave., 31st Floor
New York, NY 10010
(212) 518-7380

Dated: July 15, 2022

LOCAL RULE 7.1 CERTIFICATE

I certify that on July 14, 2022, I conferred by email with counsel for the plaintiff, who assented to this motion.

/s/ Theodore J. Folkman