UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br><br>       Defendant | Civ. A. No. 1:21-cv-11477-IT<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT IRACING'S
MOTION FOR ATTORNEY FEES UNDER 35 U.S.C. § 285**

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure and 35 U.S.C. § 285, Defendant iRacing.com Motorsport Simulations, LLC. ("iRacing") moves this Court to order Plaintiff Integrated Technology Solutions ("ITS") to pay iRacing's attorney fees. The grounds for this motion are further detailed in iRacing's accompanying Memorandum of Law in Support of Its Motion for Attorney Fees Under 35 U.S.C. § 285.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), iRacing respectfully requests oral argument on its motion.

1

Respectfully submitted,

iRacing.com Motorsport Simulations, LLC,

By its attorneys:

*/s/ Theodore J. Folkman*
Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-7664
ted@folkman.law

Andrew D. Gish (*pro hac vice*)
  andrew@gishpllc.com
Marti A. Johnson (*pro hac vice)*
  marti@gishpllc.com
Raymond J. Bilderbeck (*pro hac vice*)
  ray@gishpllc.com
Edward L. Tulin (*pro hac vice*)
  edward@gishpllc.com

GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-2000

Dated: October 14, 2022

## LOCAL RULE 7.1 CERTIFICATION

    I certify that counsel for the plaintiff and counsel for the defendants conferred in a good faith attempt to narrow or resolve the issue presented in this motion.

                                              */s/ Theodore J. Folkman*
                                              Theodore J. Folkman