# Exhibit A-4

Privileged and Confidential

# GISH PLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-7380 | ANDREW@GISHPLLC.COM

## INVOICE

To: Anthony Gardner
iRacing.com Motorsport Simulations, LLC
300 Apollo Drive
Chelmsford, MA, 01824

Date Issued: October 12, 2021

Period: September 2021

Invoice Number: iRacing_0001

## Attorney Time

| Date | Description | Matter | Biller | Hours | Rate | Total |
|------|-------------|--------|--------|-------|------|-------|
| Friday, September 17, 2021 | Call with iRacing team re: next steps and strategy. | ITS Litigation | ADG | 0.25 | $701.25 | $175.31 |
| | | | | | **Subtotal (Attorney Time):** | **$175.31** |

1

Ex. A-4, Pg. 1

Privileged and Confidential

## Expenses

| Date | Description | Vendor | Matter | Biller | Amount |
|------|-------------|--------|--------|--------|--------|
| | | | | **Subtotal (Expenses):** | **$0.00** |

2

Ex. A-4, Pg. 2

Privileged and Confidential

## Amount Due

| | |
|---|---:|
| Subtotal (Attorney Time): | $175.31 |
| Subtotal (Expenses): | $0.00 |
| Total (September 2021): | $175.31 |
| Unpaid Balance on Prior Invoices: | $0.00 |
| **Grand Total Balance Due[1]:** | **$175.31** |

---

[1] All amounts herein are in U.S. dollars.

Ex. A-4, Pg. 3

Privileged and Confidential

## Wire Transfer / ACH Instructions[2]



---

[2] Note that these instructions apply for payments only, *not* for retainer deposits.

4

Ex. A-4, Pg. 4

Privileged and Confidential

# GISH PLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-7380 | ANDREW@GISHPLLC.COM

## INVOICE

To: Anthony Gardner
iRacing.com Motorsport Simulations, LLC
300 Apollo Drive
Chelmsford, MA, 01824
████████████████████
████████████

Date Issued: November 11, 2021

Period: October 2021

Invoice Number: iRacing_0002

## Attorney Time

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Monday, October 4, 2021 | Edit litigation hold notice; email to iRacing team re: same. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| Monday, October 4, 2021 | Drafting Litigation Hold Notice; reviewing complaint and related documents for same; emails with A Gish regarding same. | ITS Litigation | RJB | 1.50 | $497.25 | $745.88 |
| Wednesday, October 6, 2021 | Call with iRacing team re: litigation hold notice and next steps. | ITS Litigation | ADG | 0.25 | $701.25 | $175.31 |
| Wednesday, October 6, 2021 | Participating in call regarding litigation hold notice. | ITS Litigation | RJB | 0.25 | $497.25 | $0.00 |
| Thursday, October 7, 2021 | Finalizing Litigation Hold Notice; circulating Litigation Hold Notice; collecting and tracking acknowledgements for Litigation Hold Notice; emails with A Gish. | ITS Litigation | RJB | 0.75 | $497.25 | $372.94 |

1

Ex. A-4, Pg. 5

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Friday, October 8, 2021 | Revising Litigation Hold Notice; distributing notice to additional employees; reviewing and tracking responses to Litigation Hold Notice. | ITS Litigation | RJB | 0.50 | $497.25 | $248.63 |
| Monday, October 11, 2021 | Tracking responses from Litigation Hold Notice. | ITS Litigation | RJB | 0.10 | $497.25 | $49.73 |
| Monday, October 18, 2021 | Report to iRacing team on next steps. | ITS Litigation | ADG | 0.25 | $701.25 | $175.31 |
| Wednesday, October 20, 2021 | Analyze patent claims; email to iRacing team re: prior art parameters. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| Monday, October 25, 2021 | Emails with iRacing team re: scheduling conference, next steps, and prior art collection. | ITS Litigation | ADG | 0.25 | $701.25 | $175.31 |
| | | | | **Subtotal (Attorney Time):** | | **$2,644.35** |

2

Privileged and Confidential

## Expenses

| Date | Description | Vendor | Matter | Biller | Amount |
|------|-------------|--------|--------|--------|--------|
|      |             |        |        | Subtotal (Expenses): | $0.00 |

3

Ex. A-4, Pg. 7

Privileged and Confidential

## Amount Due

| | |
|---|---:|
| Subtotal (Attorney Time): | $2,644.35 |
| Subtotal (Expenses): | $0.00 |
| Total (October 2021): | $2,644.35 |
| Unpaid Balance on Prior Invoices: | $0.00 |

| | |
|---|---:|
| **Grand Total Balance Due[1]:** | **$2,644.35** |

---

[1] All amounts herein are in U.S. dollars.

4

Ex. A-4, Pg. 8

Privileged and Confidential

## Wire Transfer / ACH Instructions[2]



---

[2] Note that these instructions apply for payments only, *not* for retainer deposits.

5

Ex. A-4, Pg. 9

Privileged and Confidential

# GISH PLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-7380 | ANDREW@GISHPLLC.COM

## INVOICE

To: Anthony Gardner
iRacing.com Motorsport Simulations, LLC
300 Apollo Drive
Chelmsford, MA, 01824

Date Issued: December 9, 2021

Period: November 2021

Invoice Number: iRacing_0003

## Attorney Time

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Friday, November 5, 2021 | Call with counsel for 505 Games re: joint strategy. | ITS Litigation | ADG | 0.25 | $701.25 | $175.31 |
| Sunday, November 7, 2021 | Analyze preliminary prior art search results. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| Monday, November 8, 2021 | Perform analysis and research in support of § 101 motion to dismiss. | ITS Litigation | ADG | 1.00 | $701.25 | $701.25 |
| Tuesday, November 9, 2021 | Analyzing summary of prior art from client. | ITS Litigation | RJB | 0.25 | $497.25 | $124.31 |
| Wednesday, November 10, 2021 | Review and analyze patent and prosecution history in support of § 101 motion to dismiss; review and analyze prior art provided by iRacing team; call with iRacing team re: prior art; call with counsel for Bandai Namco re: parallel lawsuit. | ITS Litigation | ADG | 3.50 | $701.25 | $2,454.38 |

1

Ex. A-4, Pg. 10

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Wednesday, November 10, 2021 | Call with client regarding prior art research; call with A Gish regarding same; reviewing summary of prior art from client. | ITS Litigation | RJB | 1.50 | $497.25 | $745.88 |
| Thursday, November 11, 2021 | Review and analyze prior art; emails with iRacing team re: same. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| Friday, November 12, 2021 | Meet and confer with opposing counsel re: § 101 motion to dismiss; prepare for the same; plan next steps. | ITS Litigation | ADG | 1.00 | $701.25 | $701.25 |
| Saturday, November 13, 2021 | Analyze asserted patent and prosecution history in preparation for drafting motion to dismiss; analyze potential of additional motion to dismiss on indefiniteness grounds; perform legal research in support of § 101 motion to dismiss. | ITS Litigation | ADG | 5.50 | $701.25 | $3,856.88 |
| Sunday, November 14, 2021 | Review and analyze opinions by J. Talwani re: § 101. | ITS Litigation | ADG | 1.00 | $701.25 | $701.25 |
| Monday, November 15, 2021 | Perform research and analysis in support of § 101 motion to dismiss; review and analyze § 101 opinions from the District of Massachusetts; review and analyze patent prosecution history. | ITS Litigation | ADG | 6.50 | $701.25 | $4,558.13 |
| Tuesday, November 16, 2021 | Perform research and analysis in support of § 101 motion to dismiss; review and analyze prosecution history in support of the same. | ITS Litigation | ADG | 4.75 | $701.25 | $3,330.94 |
| Wednesday, November 17, 2021 | Perform research and analysis in support of § 101 motion to dismiss; review and analyze prosecution history in support of the same. | ITS Litigation | ADG | 4.00 | $701.25 | $2,805.00 |
| Thursday, November 18, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 6.50 | $701.25 | $4,558.13 |
| Friday, November 19, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 5.00 | $701.25 | $3,506.25 |

2

Ex. A-4, Pg. 11

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Saturday, November 20, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 5.25 | $701.25 | $3,681.56 |
| Tuesday, November 23, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 4.75 | $701.25 | $3,330.94 |
| Wednesday, November 24, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 3.00 | $701.25 | $2,103.75 |
| Thursday, November 25, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 5.50 | $701.25 | $3,856.88 |
| Friday, November 26, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 7.50 | $701.25 | $5,259.38 |
| Friday, November 26, 2021 | Analyze patent-in-suit in support of motion to dismiss arguments. | ITS Litigation | MAJ | 1.75 | $701.25 | $1,227.19 |
| Saturday, November 27, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 6.25 | $701.25 | $4,382.81 |
| Saturday, November 27, 2021 | Research caselaw in support of motion to dismiss. | ITS Litigation | MAJ | 3.50 | $701.25 | $2,454.38 |
| Sunday, November 28, 2021 | Draft § 101 motion to dismiss. | ITS Litigation | ADG | 4.75 | $701.25 | $3,330.94 |
| Sunday, November 28, 2021 | Edit motion to dismiss. | ITS Litigation | MAJ | 2.00 | $701.25 | $1,402.50 |
| Monday, November 29, 2021 | Edit § 101 motion to dismiss; analyze default schedule in light of upcoming scheduling conference; call with local counsel re: same. | ITS Litigation | ADG | 3.25 | $701.25 | $2,279.06 |

Ex. A-4, Pg. 12

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Monday, November 29, 2021 | Revising draft motion to dismiss and emails with A Gish regarding same. | ITS Litigation | RJB | 3.25 | $497.25 | $1,616.06 |
| Tuesday, November 30, 2021 | Edit § 101 motion to dismiss; call with team re: same. | ITS Litigation | ADG | 6.75 | $701.25 | $4,733.44 |
| Tuesday, November 30, 2021 | Edit motion to dismiss. | ITS Litigation | MAJ | 1.00 | $701.25 | $701.25 |
| Tuesday, November 30, 2021 | Revising draft motion to dismiss and emails with A Gish regarding same. | ITS Litigation | RJB | 2.00 | $497.25 | $994.50 |

**Subtotal (Attorney Time):** <u>**$70,274.81**</u>

Privileged and Confidential

## Expenses

| Date | Description | Vendor | Matter | Biller | Amount |
|------|-------------|--------|--------|--------|--------|
| | | | | Subtotal (Expenses): | $0.00 |

5

Ex. A-4, Pg. 14

Privileged and Confidential

## Amount Due

| | |
|---|---|
| Subtotal (Attorney Time): | $70,274.81 |
| Subtotal (Expenses): | $0.00 |
| Total (November 2021): | $70,274.81 |
| Unpaid Balance on Prior Invoices: | $0.00 |

**Grand Total Balance Due[1]:  $70,274.81**

---

[1] All amounts herein are in U.S. dollars.

6

Privileged and Confidential

## Wire Transfer / ACH Instructions[2]



---

[2] Note that these instructions apply for payments only, *not* for retainer deposits.

7

Ex. A-4, Pg. 16

Privileged and Confidential

# GISH PLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-7380 | ANDREW@GISHPLLC.COM

## INVOICE

To:  Anthony Gardner
     iRacing.com Motorsport Simulations, LLC
     300 Apollo Drive
     Chelmsford, MA, 01824

Date Issued: January 14, 2022

Period: December 2021

Invoice Number: iRacing_0004

## Attorney Time

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Wednesday, December 1, 2021 | Edit motion to dismiss; email with iRacing team re: same. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| Wednesday, December 1, 2021 | Edit and finalize motion to dismiss. | ITS Litigation | MAJ | 3.50 | $701.25 | $2,454.38 |
| Thursday, December 2, 2021 | Finalize § 101 brief for filing. | ITS Litigation | ADG | 3.75 | $701.25 | $2,629.69 |
| Thursday, December 2, 2021 | Edit and finalize motion to dismiss. | ITS Litigation | MAJ | 6.25 | $701.25 | $4,382.81 |
| Friday, December 3, 2021 | Edit draft case schedule; analysis re: same; email iRacing team re: motion to dismiss and next steps. | ITS Litigation | ADG | 1.75 | $701.25 | $1,227.19 |
| Friday, December 3, 2021 | Draft proposed case schedule and agenda for initial court conference. | ITS Litigation | MAJ | 4.25 | $701.25 | $2,980.31 |

1

Ex. A-4, Pg. 17

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Monday, December 6, 2021 | Edit case schedule; analysis in support of the same; email to iRacing team re: certification of conference. | ITS Litigation | ADG | 1.00 | $701.25 | $701.25 |
| Wednesday, December 8, 2021 | Edit proposed case schedule and scheduling conference agenda; email with opposing counsel re: case schedule; draft certification of conference. | ITS Litigation | ADG | 0.75 | $701.25 | $525.94 |
| Thursday, December 9, 2021 | Call with iRacing team re: next steps, litigation costs, and alternative dispute resolution. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| Monday, December 13, 2021 | Draft update email to iRacing team re: matter status. | ITS Litigation | ADG | 0.25 | $701.25 | $175.31 |
| Saturday, December 18, 2021 | Investigate ITS's failure to respond to motion to dismiss; confer with T. Folkman re: same. | ITS Litigation | ADG | 0.25 | $701.25 | $175.31 |
| Tuesday, December 28, 2021 | Review and analyze amended complaint and next steps; email to iRacing team re: same; review and analyze prior art search results. | ITS Litigation | ADG | 0.75 | $701.25 | $525.94 |
| | | | | **Subtotal (Attorney Time):** | | **$16,479.38** |

2

Ex. A-4, Pg. 18

Privileged and Confidential

## Expenses

| Date | Description | Vendor | Matter | Biller | Amount |
|------|-------------|--------|--------|--------|--------|
| ███████ ████████ ███ | ████████████ ████████████ | ███████████ | ████████████ | ██████ | ████████ |
|  |  |  |  | ██████████████████████ | ████████ |

3

Ex. A-4, Pg. 19

Privileged and Confidential

## Amount Due

|  |  |
|---|---|
| Subtotal (Attorney Time): | $16,479.38 |
| ███████████ | ██████ |
| ███████████ | ██████ |
| Unpaid Balance on Prior Invoices: | $0.00 |

| | |
|---|---|
| ███████████████ | ████████ |

---

[1] All amounts herein are in U.S. dollars.

4

Ex. A-4, Pg. 20

Privileged and Confidential

## <u>Wire Transfer / ACH Instructions</u>[2]



---

[2] Note that these instructions apply for payments only, *not* for retainer deposits.

5

Privileged and Confidential

# GISHPLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-7380 | ANDREW@GISHPLLC.COM

## INVOICE

To: Anthony Gardner
iRacing.com Motorsport Simulations, LLC
300 Apollo Drive
Chelmsford, MA, 01824
████████████████████
████████████

Date Issued: February 16, 2022

Period: January 2022

Invoice Number: iRacing_0005

## Attorney Time

| Date | Description | Matter | Biller | Hours | Rate | Total |
|------|-------------|--------|--------|-------|------|-------|
| Tuesday, January 18, 2022 | Review and analyze amended complaint; draft motion to dismiss amended complaint; research and analysis in support of the same. | ITS Litigation | ADG | 7.00 | $701.25 | $4,908.75 |
| Tuesday, January 18, 2022 | Reviewing draft motion to dismiss and providing comments. | ITS Litigation | RJB | 0.75 | $497.25 | $372.94 |
| Wednesday, January 19, 2022 | Edit motion to dismiss amended complaint; draft motion for leave to file a 26-page brief in support of the same; email to iRacing team re: motion to dismiss. | ITS Litigation | ADG | 1.50 | $701.25 | $1,051.88 |
| Wednesday, January 19, 2022 | Reviewing draft motion to dismiss and providing comments to A Gish. | ITS Litigation | RJB | 1.25 | $497.25 | $621.56 |
| Thursday, January 20, 2022 | Call with counsel for 505 Games re: 505 Games' motion to dismiss; email to client re: same. | ITS Litigation | ADG | 0.75 | $701.25 | $525.94 |

Ex. A-4, Pg. 22

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Monday, January 24, 2022 | Finalize and file motion to dismiss. | ITS Litigation | ADG | 0.75 | $701.25 | $525.94 |
| Monday, January 24, 2022 | Edit motion to dismiss. | ITS Litigation | MAJ | 0.50 | $701.25 | $350.63 |
| | | | | | **Subtotal (Attorney Time):** | **$8,357.63** |

2

Ex. A-4, Pg. 23

Privileged and Confidential

## Expenses

| Date | Description | Vendor | Matter | Biller | Amount |
|------|-------------|--------|--------|--------|--------|
| | | | | Subtotal (Expenses): | $0.00 |

Ex. A-4, Pg. 24

Privileged and Confidential

## Amount Due

| | |
|---|---:|
| Subtotal (Attorney Time): | $8,357.63 |
| Subtotal (Expenses): | $0.00 |
| Total (January 2022): | $8,357.63 |
| Unpaid Balance on Prior Invoices: | $0.00 |

**Grand Total Balance Due[1]:**    **$8,357.63**

---

[1] All amounts herein are in U.S. dollars.

4

Privileged and Confidential

## Wire Transfer / ACH Instructions[2]



---

[2] Note that these instructions apply for payments only, *not* for retainer deposits.

5

Ex. A-4, Pg. 26

Privileged and Confidential

# GISH PLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-7380 | ANDREW@GISHPLLC.COM

## INVOICE

To:  Anthony Gardner
     iRacing.com Motorsport Simulations, LLC
     300 Apollo Drive
     Chelmsford, MA, 01824
     ██████████████

Date Issued: March 23, 2022

Period: February 2022

Invoice Number: iRacing_0006

## Attorney Time

| Date | Description | Matter | Biller | Hours | Rate | Total |
|------|-------------|--------|--------|-------|------|-------|
| Monday, February 7, 2022 | Review and analyze ITS's opposition to iRacing's Motion to Dismiss; confer with team re: same. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| Monday, February 7, 2022 | Reviewing filing from plaintiff and communications with A. Gish regarding same. | ITS Litigation | RJB | 0.50 | $497.25 | $248.63 |
| Tuesday, February 8, 2022 | Review and analyze ITS's opposition to iRacing's Motion to Dismiss; confer with team re: same; email to iRacing team summarizing the same. | ITS Litigation | ADG | 0.50 | $701.25 | $350.63 |
| ██████ ██████ ██ | ████████████████ ██████████████ ████ | ██ ██ | ██ | ██ | ████ | ████ |
| | | | | | **Subtotal (Attorney Time):** | ████ |

1

Ex. A-4, Pg. 27

Privileged and Confidential

## Expenses

| Date | Description | Vendor | Matter | Biller | Amount |
|------|-------------|--------|--------|--------|--------|
| | | | Subtotal (Expenses): | | $0.00 |

2

Ex. A-4, Pg. 28

Privileged and Confidential

## Amount Due

| | |
|---|---:|
| Subtotal (Attorney Time): | ███████ |
| Subtotal (Expenses): | $0.00 |
| Total (February 2022): | ███████ |
| Unpaid Balance on Prior Invoices: | $0.00 |

| | |
|---|---:|
| **Grand Total Balance Due[1]:** | ███████ |

---

[1] All amounts herein are in U.S. dollars.

3

Ex. A-4, Pg. 29

Privileged and Confidential

## Wire Transfer / ACH Instructions[2]



---

[2] Note that these instructions apply for payments only, *not* for retainer deposits.

4

Ex. A-4, Pg. 30

Privileged and Confidential

# GISH PLLC

41 MADISON AVENUE, FLOOR 31
NEW YORK, NY 10010
(212) 518-7380 | ANDREW@GISHPLLC.COM

## INVOICE

To:  Anthony Gardner
iRacing.com Motorsport Simulations, LLC
300 Apollo Drive
Chelmsford, MA, 01824
tony.gardner@iracing.com
(781) 271-1927

Date Issued: October 8, 2022

Period: September 2022

Matter: ITS Litigation

Invoice Number: iRacing_0008

## Attorney Time

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Sunday, September 4, 2022 | Prepare for oral argument on § 101 motion to dismiss. | ITS Litigation | ADG | 3.00 | $701.25 | $2,103.75 |
| Monday, September 5, 2022 | Prepare for oral argument on § 101 motion to dismiss. | ITS Litigation | ADG | 7.25 | $701.25 | $5,084.06 |
| Tuesday, September 6, 2022 | Prepare for oral argument re: § 101 motion to dismiss. | ITS Litigation | ADG | 6.25 | $701.25 | $4,382.81 |
| ████ | ████████ | ██ | █ | █ | ████ | ████ |
| ████ | ████████ | ██ | █ | █ | ████ | ████ |

1

Ex. A-4, Pg. 31

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Wednesday, September 7, 2022 | Assist in preparation for 101 hearing. | ITS Litigation | MAJ | 0.70 | $701.25 | $490.88 |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |
| ██ | ████ | ██ | ██ | ██ | ████ | ████ |

2

Ex. A-4, Pg. 32

Privileged and Confidential

| Date | Description | Matter | Biller | Hours | Rate | Total |
|------|-------------|--------|--------|-------|------|-------|
| ███ | ████████ | ██ | ██ | ██ | █████ |  |
| ███ | ████ | ██ | █ | █ | █████ |  |
| | | | | Subtotal (Attorney Time): | | ████ |

Ex. A-4, Pg. 33

Privileged and Confidential

**Expenses**

| Date | Description | Vendor | Matter | Biller | Amount |
|------|-------------|--------|--------|--------|--------|
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | | | Subtotal (Expenses): | ███ |

4

Ex. A-4, Pg. 34

Privileged and Confidential

**Amount Due**

Subtotal (Attorney Time): ████████

Subtotal (Expenses): ████████

**Total (September 2022)[1]:** ████████

---

[1] All amounts herein are in U.S. dollars.

5

Ex. A-4, Pg. 35

Privileged and Confidential

## Wire Transfer / ACH Instructions



6

Ex. A-4, Pg. 36