UNITED STATES DISTRICT COURT
DISTRICT OF MASSECHUSETS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC,<br>    Plaintiff,<br>v.<br><br>IRACING.COM MOTORSPORT SIMULATIONS, LLC<br>    Defendant | Case No. 21-cv-11477-IT<br><br>**NOTICE OF APPEAL**<br><br>Judge: Indira Talwani |

**NOTICE OF APPEAL IN A PATENT CASE**

Notice is hereby given that INTEGRATED TECHNOLOGY SOLUTIONS LLC, the Plaintiff in the abovenamed matter, hereby appeals to the United States Court of Appeals for the Federal Circuit from the MEMORANDUM ORDER (DKT 40) AND ORDER OF DISMISSAL (Dkt 41) entered in this action on the 21st of September, 2022.

Dated: October 20, 2022

Respectfully submitted,

/s/ *Geoffrey E. Dobbin*

Geoffrey E. Dobbin *pro hac vice*
Geoff@DobbinIPLaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
Attorney for Defendant
2250 S Redwood Road, Suite 5
West Valley City, UT 84119-1355
801-969-6609