Geoffrey E. Dobbin
*Pro Hac Vice*
DOBBIN IP LAW, P.C.
Attorney for Defendant
2250 S Redwood Road, Suite 5
West Valley City, UT 84119-1355
801-969-6609
Geoff@DobbinIPLaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSECHUSETS

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC, | Case No. 1:21-cv-11477-IT |
| Plaintiff, | **PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENTION OF TIME TO REPLY** |
| v. | |
| IRACING.COM MOTORSPORT SIMULATIONS, LLC. | Judge: Talwani |
| Defendant. | |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND THE TIME PERIOD TO REPLY TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Integrated Technology Solutions, LLC, moves to extend the deadline for it to file a reply to Defendant's motion for fees pursuant to 35 U.S.C. § 285 until November 11, 2022. This extension is sought not for delay but for good cause as the parties are currently engaged in a settlement negotiation which may alter the fees sought by Defendant.

Dated: October 27, 2022

                                             Respectfully Submitted,

                                             By:   */s/ Geoffrey E. Dobbin*
                                             Geoffrey E. Dobbin
                                             DOBBIN IP LAW, P.C.
                                             Attorney for Defendant
                                             2250 S Redwood Road, Suite 5
                                             West Valley City, UT 84119-1355
                                             801-969-6609
                                             Geoff@DobbinIPLaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify that on 10/27/2022, Geoffrey E. Dobbin, counsel for the Plaintiff, conferred via telephone with counsel for the Defendant, who assented to this motion.

By: _/s/ Geoffrey E. Dobbin_ _____
Geoffrey E. Dobbin
Dobbin IP Law, P.C.
2250 S Redwood Road, Ste. 5
West Valley City, UT 84119-1355